# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------X

RONIT D. APPEL,

                    Plaintiff,

                -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                    Defendants.

---------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON SCHOEMAN**
**UPDIKE KAUFMAN**
**STERN & ASCHER LLP**

STATE OF NEW YORK  )
                     ) ss.:
COUNTY OF NASSAU  )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Schoeman Updike Kaufman Stern & Ascher LLP**, such service having been made in the following manner stated herein:

On **February 27, 2014**, at **13:31**, deponent delivered the aforementioned documents to and left them personally with **Partner Mindy H. Stern** at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP** at **551 Fifth Avenue, 12th Floor, New York, New York 10017.**

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**Mindy H. Stern**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | White | Black | 45-50 | 5'4-5'7 | 130-150 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.**
Additional Notes: **Service effected on the 12th Floor, lobby area of Schoeman Updike Kaufman Stern & Ascher LLP**
Process Server License No. **1240612**

Sworn to before me this_____3____ day
of _maren_____,2014__.

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

Brian B. Ricks          03/03/2014

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

FILED: NEW YORK COUNTY CLERK 03/06/2014

INDEX NO. 151541/2014

NYSCEF DOC. NO. 11

RECEIVED NYSCEF: 03/06/2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

RONIT D. APPEL,

                                        Plaintiff,

                        -against-                                                 Index No. 151541/2014

SCHOEMAN UPDIKE KAUFMAN STERN &                           **AFFIDAVIT OF SERVICE**
ASCHER LLP, MINDY H. STERN, BETH L.                       **UPON MINDY H. STERN**
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                                        Defendants.

-------------------------------------------------------------------------X

STATE OF NEW YORK      )
                                      ) ss.:
COUNTY OF NASSAU       )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Mindy H. Stern**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017, Mindy H. Stern's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Mindy H. Stern at Schoeman Updike Kaufman Stern & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---------|-------------|-------------|------|---------|---------|-----------------|
| Female  | White       | Brown       | 55-60 | 5'4-5'7 | 130-150 | N/A             |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.** Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.**
Process Server License No. **1381333**

Sworn to before me this_____3_____day

of _mewrch_____,20 14 .

_Cell Rursey_____

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

RONIT D. APPEL,

                     Plaintiff,

               -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                    Defendants.

-------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON BETH L. KAUFMAN**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding.    Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Beth L. Kaufman**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017, Beth L. Kaufman's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Beth L. Kaufman at Schoeman Updike Kaufman Stern & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---------|-------------|-------------|------|---------|---------|-----------------|
| Female | White | Brown | 55-60 | 5'4-5'7 | 130-150 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.** Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.** Process Server License No. **1381333**

Sworn to before me this _____ **3** ___ day of **March** _____ ,20 **14** .

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

RONIT D. APPEL,

                  Plaintiff,

                -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                  Defendants.

-------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON CHARLES B. UPDIKE**

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Charles B. Updike**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017, Charles B. Updike's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Charles B. Updike at Schoeman Updike Kaufman Stern & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | White | Brown | 55-60 | 5'4-5'7 | 130-150 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.**
Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.**
Process Server License No. **1381333**

Sworn to before me this _____3_____ day
of _march_ _____,20_14_.

_____

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X

RONIT D. APPEL,

Plaintiff,

-against-

Index No. 151541/2014

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

**AFFIDAVIT OF SERVICE
UPON ANDREA D. ASCHER**

Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding.   Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Andrea D. Ascher**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017**, **Andrea D. Ascher's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Andrea D. Ascher at Schoeman Updike Kaufman Stern & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | White | Brown | 55-60 | 5'4-5'7 | 130-150 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.**
Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.**
Process Server License No. **1381333**

Sworn to before me this_____3_____day

of _March_____,20 14 .

_Caroll Ramsey_____

_Michael Gorman_____

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------------X

RONIT D. APPEL,

                            Plaintiff,

                         -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                           Defendants.

---------------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON SUSAN S. CASERO**

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Susan S. Casero**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017**, **Susan S. Casero's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Susan S. Casero at Schoeman Updike Kaufman Stern  & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes.  Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---------|-------------|-------------|------|---------|---------|-----------------|
| Female  | White       | Brown       | 55-60 | 5'4-5'7 | 130-150 | N/A             |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.** Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.** Process Server License No. **1381333**

Sworn to before me this_____3___day

of _Merch_____,20 14 .

_Coll Ramsey_

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877