FILED: NEW YORK COUNTY CLERK 03/06/2014

NYSCEF DOC. NO. 16

INDEX NO. 151541/2014

RECEIVED NYSCEF: 03/06/2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------x

RONIT D. APPEL,

                        Plaintiff,

                -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                        Defendants.

------------------------------------------------------------------x

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON CINDY NYGAARD**

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Cindy Nygaard**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017**, **Cindy Nygaard's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Cindy Nygaard at Schoeman Updike Kaufman Stern  & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | White | Brown | 55-60 | 5'4-5'7 | 130-150 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.**
Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.**
Process Server License No. **1381333**

Sworn to before me this _____ 3 ___ day

of _Mareh_____ ,20 14 .

_Caroll Ramsey (signature)_____

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

RONIT D. APPEL,

                  Plaintiff,

                      -against-                       Index No. 151541/2014

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                  Defendants.

-------------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE
UPON VERONICA LAW**

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Veronica Law**, such service having been made in the following manner stated herein:

On **February 26, 2014**, at **14:11**, deponent delivered the aforementioned documents to and left them personally with **Receptionist Barbara "Doe" (refused last name)**, a person of suitable age and discretion at the offices of **Schoeman Updike Kaufman Stern & Ascher LLP at 551 Fifth Avenue, 12th Floor, New York, New York 10017, Veronica Law's** actual place of business.

On **February 27, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Veronica Law at Schoeman Updike Kaufman Stern & Ascher LLP, 551 Fifth Avenue, New York, NY 10017, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**"Barbara"**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---------|-------------|-------------|------|---------|---------|-----------------|
| Female  | White       | Brown       | 55-60 | 5'4-5'7 | 130-150 | N/A             |

**GPS PHOTO**



Property Description: **Commercial building bearing "551 Fifth Avenue" over entry way, glass and steel doors.**
Additional Notes: **Service effected at the offices of Schoeman Updike Kaufman Stern & Ascher LLP on the 12th floor on receptionist "Barbara" who stated that she is authorized to accept documents.**
Process Server License No. **1381333**

Sworn to before me this _____ 3 _____ day
of march _____ ,20 14 .

Michael Gorman                    03/03/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X

RONIT D. APPEL,                                                NOTICE OF APPEARANCE

                    Plaintiff,                            Index No. 151541/2014

      -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE, REED
SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCES BORRELLI
ARCHITECT, P.C., JOHN FRANCES BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                    Defendants.
--------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Rabinowitz & Galina, Esqs. appears for

Defendants Interior Construction Corp. and Joseph Bruzzese, in the above entitled action

and that undersigned has been retained as attorney for said Defendants and demand that

Plaintiff Ronit D. Appel serve copies of all papers and pleadings upon the undersigned.

Dated:  March 17, 2014
         Mineola, New York

                                Rabinowitz & Galina, Esqs.
                                Attorneys for Defendants
                                Interior Construction Corp. And
                                Joseph Bruzzese

                                By: Maxwell J. Rubin, Esq.
                                94 Willis Avenue
                                Mineola, New York 11501
                                (516) 739-8222

To: Ronit D. Appel
     322 West 78th Street
     New York, New York 10024
     (347) 387-6100

GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
(973) 549-2500 Telephone
(973) 377-1911 Facsimile

Attorneys for Defendants,
French Partners, LLC,  The Feil Organization, Inc.,
Jeffrey Management Corp., and Jeffrey Feil

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

RONIT D. APPEL,

      Plaintiff,

vs.

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA
D. ASCHER, SUSAN S. CASERO, CINDY
NYGAARD, VERONICA LAW, LAURIE
ZELIGSON, THE SELIGSON FIRM, PAUL E.
BREENE, REED SMITH LLP, MADISON 96
ASSOCIATES, LLC, STUART J. BOESKY,
JAMISON WEINER, FRENCH PARTNERS,
LLC, THE FEIL ORGANIZATIONS, INC.
JEFFREY MANAGEMENT CORP., JEFFREY
FEIL, JOHN FRANCISO BORRELLI
ARCHITECT, P.C., JOHN FRANCIS
BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE, CREATIVE
ENVIRONMENT SOLUTIONS CORP., H&B
CONSTRUCTION SERVICES, INC., M&B
CONSTRUCTION, and M&B
CONSTRUCTION SERVICES,

      Defendants.

**NOTICE OF APPEARANCE**

Index No.: 151541/2014

CIVIL ACTION

PLEASE TAKE NOTICE that the undersigned attorney of the law offices of Gordon & Rees LLP hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil, (collectively "Defendants"), and requests that Plaintiff and co-defendants serve copies of all papers and pleadings, briefs, orders, correspondence and other papers on:

Lee Henig-Elona, Esq.
Gordon & Rees, LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
(973) 549-2520
e-mail: lhenig-elona@gordonrees.com

I certify that I am an attorney at law of the State of New Jersey, counsel to the lawfirm of Gordon & Rees LLP, and admitted to practice in the State of New York.

Dated: March 18, 2014
       Florham Park, NJ

GORDON & REES, LLP
*Attorneys for Defendants*

By:_____
       Lee Henig-Elona, Esq.

To:    Ronit D. Appel, Esq., *pro se*
       322 West 78th Street
       New York, New York  10024

8011115/18852446v.1

2

At an Ex Parte Part of the Supreme Court of the State of New York, held in and for the County of New York, at 60 Centre Street, New York, New York, on the ___ day of March 2014.

PRESENT:

    HON.

          Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X

RONIT D. APPEL,

        Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H & B CONSTRUCTION SERVICES, INC., M & B CONSTRUCTION, and M & B CONSTRUCTION SERVICES,

        Defendants.
--------------------------------------------------------------------X

Index No. 151541/14

**EX PARTE ORDER**
**PURSUANT TO CPLR § 2004**

    Upon the accompanying affirmation of Bettina B. Plevan, executed on March 18, 2014, and good cause appearing therefore, it is

ORDERED, pursuant to CPLR § 2004, that the time for the Schoeman defendants to answer, move or otherwise respond with respect to the complaint is extended up to and including May 19, 2014.


ENTER:


_____

J.S.C.

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

| For Court Clerk Use Only: |
| --- |
| IAS Entry Date |
| |
| Judge Assigned |
| |
| RJI Date |

Supreme _____ COURT, COUNTY OF New York  ▼

Index No: ___151541/2014___  Date Index Issued:___02/20/2014___

**CAPTION:**  Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

Ronit D. Appel,

**Plaintiff(s)/Petitioner(s)**

-against-

Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, Veronica Law, Laurie Zeligson, The Zeligson Firm, Paul E. Breene, Reed Smith LLP, Madison 96 Associates, LLC, Stuart J. Boesky, Jamison Weiner, French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., Jeffrey Feil, John Francis Borrelli Architect, P.C., John Francis Borrelli, Interior Construction Corp., Joseph Bruzzese, Creative Environment Solutions Corp., H & B Construction, and M & B Construction Services,

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING:     Check ONE box only and specify where indicated.

| MATRIMONIAL | COMMERCIAL |
| --- | --- |
| ○ Contested | ○ Business Entity (including corporations, partnerships, LLCs, etc.) |
| **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum.** For Uncontested Matrimonial actions, use RJI form UD-13. | ○ Contract |
| | ○ Insurance (where insurer is a party, except arbitration) |
| | ○ UCC (including sales, negotiable instruments) |
| | ○ Other Commercial:_____ (specify) |

**TORTS**

○ Asbestos
○ Breast Implant
○ Environmental: _____ (specify)
○ Medical, Dental, or Podiatric Malpractice
○ Motor Vehicle
○ Products Liability:_____ (specify)
○ Other Negligence:_____ (specify)
○ Other Professional Malpractice:_____ (specify)
○ Other Tort:_____ (specify)

**NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum.**

**REAL PROPERTY:**   How many properties does the application include? _____

○ Condemnation
○ Mortgage Foreclosure (specify):  ○ Residential   ○ Commercial
Property Address: _____  ▼
       Street Address      City      State      Zip
**NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum.**
○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
○ Tax Foreclosure
○ Other Real Property:_____ (specify)

**OTHER MATTERS**

○ Certificate of Incorporation/Dissolution   [see **NOTE** under Commercial]
○ Emergency Medical Treatment
○ Habeas Corpus
○ Local Court Appeal
○ Mechanic's Lien
○ Name Change
○ Pistol Permit Revocation Hearing
○ Sale or Finance of Religious/Not-for-Profit Property
◉ Other: Employment Discrimination and Retaliation (specify)

**SPECIAL PROCEEDINGS**

○ CPLR Article 75 (Arbitration)   [see **NOTE** under Commercial]
○ CPLR Article 78 (Body or Officer)
○ Election Law
○ MHL Article 9.60 (Kendra's Law)
○ MHL Article 10 (Sex Offender Confinement-Initial)
○ MHL Article 10 (Sex Offender Confinement-Review)
○ MHL Article 81 (Guardianship)
○ Other Mental Hygiene:_____ (specify)
○ Other Special Proceeding:_____ (specify)

## STATUS OF ACTION OR PROCEEDING:     Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
| --- | --- | --- | --- |
| Has a summons and complaint or summons w/notice been filed? | ◉ | ○ | If yes, date filed: 02/20/2014 |
| Has a summons and complaint or summons w/notice been served? | ◉ | ○ | If yes, date served: 02/27/2014 |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION:**    Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Sought: _____   ▼ Return Date: _____
- ○ Notice of Petition    Relief Sought: _____   ▼ Return Date: _____
- ○ Order to Show Cause    Relief Sought: _____   ▼ Return Date: _____
- ⊙ Other Ex Parte Application    Relief Sought: Extend - Time   ▼
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the **RJI Addendum.** If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the **RJI Addendum.**

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☒ | Appel — Last Name; Ronit — First Name; Primary Role: Plaintiff; Secondary Role (if any): ▼ ▼ | Last Name; First Name; Firm Name; 322 West 78th St. — Street Address; New York — City; New York — State; 10024 — Zip; 3473876100 — Phone; Fax; ronitdappel@gmail.com — e-mail | ○ YES  ⊙ NO | N/a |
| ☐ | Schoeman Updike Kaufman Stern & Asche — Last Name; First Name; Primary Role: Defendant; Secondary Role (if any): ▼ ▼ | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ○ YES  ⊙ NO | N/a |
| ☐ | Stern — Last Name; Mindy — First Name; Primary Role: Defendant; Secondary Role (if any): ▼ ▼ | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ○ YES  ⊙ NO | N/a |
| ☐ | Kaufman — Last Name; Beth — First Name; Primary Role: Defendant; Secondary Role (if any): ▼ ▼ | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ○ YES  ⊙ NO | N/a |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated: 03/18/2014

1357979

**ATTORNEY REGISTRATION NUMBER**

*Bettina B. Plevan*

**SIGNATURE**

Bettina B. Plevan

**PRINT OR TYPE NAME**

Print Form

| Print Form |
| --- |

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme _____ COURT, COUNTY OF __New York__ [▼]    Index No: __151541/2014__

**For use when additional space is needed to provide party or related case information.**

**PARTIES:**    For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
| --- | --- | --- | --- | --- |
| ☐ | Updike — Last Name; Charles — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York [▼] — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ◯YES ⦿NO | N/a |
| ☐ | Ascher — Last Name; Andrea — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York [▼] — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ◯YES ⦿NO | N/a |
| ☐ | Casero — Last Name; Susan — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York [▼] — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ◯YES ⦿NO | N/a |
| ☐ | Nygaard — Last Name; Cindy — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York [▼] — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ◯YES ⦿NO | N/a |
| ☐ | Law — Last Name; Veronica — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Plevan — Last Name; Bettina — First Name; Proskauer Rose LLP — Firm Name; Eleven Times Square — Street Address; New York — City; New York [▼] — State; 10036 — Zip; 2129693065 — Phone; Fax; bplevan@proskauer.com — e-mail | ◯YES ⦿NO | N/a |
| ☒ | Zeligson — Last Name; Laurie — First Name; Primary Role: Defendant [▼]; Secondary Role (if any): [▼] | Last Name; First Name; Firm Name; Street Address; City; State [▼]; Zip; Phone; Fax; e-mail | ◯YES ⦿NO | N/a |

**RELATED CASES:**    List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |

Print Form

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme _____ COURT, COUNTY OF New York ▼   Index No: _____ 151541/2014

For use when additional space is needed to provide party or related case information.

**PARTIES:**   For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☒ | The Zeligson Firm — Last Name / First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |
| ☒ | Breene — Last Name / Paul — First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |
| ☒ | Reed Smith LLP — Last Name / First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |
| ☒ | Madison 96 Associates, LLC — Last Name / First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |
| ☒ | Boesky — Last Name / Stuart — First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |
| ☒ | Weiner — Last Name / Jamison — First Name / Primary Role: Defendant ▼ / Secondary Role (if any): ▼ | Last Name / First Name / Firm Name ▼ / Street Address / City / State / Zip / Phone / Fax / e-mail | ○ YES  ◉ NO | N/a |

**RELATED CASES:**   List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Print Form

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme _____ COURT, COUNTY OF New York ▼ Index No: 151541/2014

**For use when additional space is needed to provide party or related case information.**

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | French Partners, LLC _(Last Name)_ _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | Henig-Elona _(Last Name)_ Lee _(First Name)_ Gordon & Rees, LLP _(Firm Name)_ 18 Columbia Turnpike, Suite 220 _(Street Address)_ Florham Park _(City)_ New Jerse ▼ _(State)_ 07932 _(Zip)_ 9735492520 _(Phone)_ _(Fax)_ lhenig-elona@gordonrees.com _(e-mail)_ | ◯ YES ⦿ NO | N/a |
| ☐ | The Feil Organization, Inc. _(Last Name)_ _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | Henig-Elona _(Last Name)_ Lee _(First Name)_ Gordon & Rees, LLP _(Firm Name)_ 18 Columbia Turnpike, Suite 220 _(Street Address)_ Florham Park _(City)_ New Jerse ▼ _(State)_ 07932 _(Zip)_ 9735492520 _(Phone)_ _(Fax)_ lhenig-elona@gordonrees.com _(e-mail)_ | ◯ YES ⦿ NO | N/a |
| ☐ | Jeffrey Management Corp. _(Last Name)_ _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | Henig-Elona _(Last Name)_ Lee _(First Name)_ Gordon & Rees, LLP _(Firm Name)_ 18 Columbia Turnpike, Suite 220 _(Street Address)_ Florham Park _(City)_ New Jerse ▼ _(State)_ 07932 _(Zip)_ 9735492520 _(Phone)_ _(Fax)_ lhenig-elona@gordonrees.com _(e-mail)_ | ◯ YES ⦿ NO | N/a |
| ☐ | Jeffrey Feil _(Last Name)_ _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | Henig-Elona _(Last Name)_ Lee _(First Name)_ Gordon & Rees, LLP _(Firm Name)_ 18 Columbia Turnpike, Suite 220 _(Street Address)_ Florham Park _(City)_ New Jerse ▼ _(State)_ 07932 _(Zip)_ 9735492520 _(Phone)_ _(Fax)_ lhenig-elona@gordonrees.com _(e-mail)_ | ◯ YES ⦿ NO | N/a |
| ☒ | John Francis Borrelli Architect, P.C. _(Last Name)_ _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | _(Last Name)_ _(First Name)_ _(Firm Name)_ _(Street Address)_ _(City)_ ▼ _(State)_ _(Zip)_ _(Phone)_ _(Fax)_ _(e-mail)_ | ◯ YES ⦿ NO | N/a |
| ☒ | Borrelli _(Last Name)_ John Francis _(First Name)_ Primary Role: Defendant ▼ Secondary Role (if any): ▼ | _(Last Name)_ _(First Name)_ _(Firm Name)_ _(Street Address)_ _(City)_ ▼ _(State)_ _(Zip)_ _(Phone)_ _(Fax)_ _(e-mail)_ | ◯ YES ⦿ NO | N/a |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Print Form

## Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme _____ COURT, COUNTY OF _____ New York [▼]    Index No: ____ 151541/2014 ____

**For use when additional space is needed to provide party or related case information.**

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties:<br>List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants:<br>Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | Interior Construction Corp.<br>*Last Name*<br><br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | Rubin *Last Name*    Maxwell *First Name*<br>Rabinowitz & Galina, Esqs. *Firm Name*<br>94 Willis Avenue    Mineola    New York [▼] 11501<br>*Street Address*    *City*    *State*    *Zip*<br>5167398222    mrubin@randglaw.net<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |
| ☐ | Bruzzese<br>*Last Name*<br>Joseph<br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | Rubin *Last Name*    Maxwell *First Name*<br>Rabinowitz & Galina, Esqs. *Firm Name*<br>94 Willis Avenue    Mineola    New York [▼] 11501<br>*Street Address*    *City*    *State*    *Zip*<br>5167398222    mrubin@randglaw.net<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |
| ☒ | Creative Environment Solutions Corp.<br>*Last Name*<br><br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | *Last Name*    *First Name*<br>*Firm Name*<br>*Street Address*    *City*    *State* [▼] *Zip*<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |
| ☒ | H & B Construction Services, Inc.<br>*Last Name*<br><br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | *Last Name*    *First Name*<br>*Firm Name*<br>*Street Address*    *City*    *State* [▼] *Zip*<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |
| ☒ | M & B Construction<br>*Last Name*<br><br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | *Last Name*    *First Name*<br>*Firm Name*<br>*Street Address*    *City*    *State* [▼] *Zip*<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |
| ☒ | M & B Construction Services<br>*Last Name*<br><br>*First Name*<br>*Primary Role:*<br>Defendant [▼]<br>*Secondary Role (if any):* [▼] | *Last Name*    *First Name*<br>*Firm Name*<br>*Street Address*    *City*    *State* [▼] *Zip*<br>*Phone*    *Fax*    *e-mail* | ○ YES<br><br>⦿ NO | N/a |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |