FILED: NEW YORK COUNTY CLERK 03/18/2014

NYSCEF DOC. NO. 22

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
RONIT D. APPEL,

               Plaintiff,

    -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

               Defendants.
-------------------------------------------------------------------------X

Index No. 151541/14

**AFFIRMATION OF
BETTINA B. PLEVAN
IN SUPPORT OF
REQUEST FOR
EX PARTE ORDER
PURSUANT TO CPLR § 2004**

       BETTINA B. PLEVAN, under the penalty of perjury, hereby affirms:

       1.      I am a member of the Bar of this Court and am a member of the firm of

Proskauer Rose LLP, counsel for defendants Schoeman Updike Kaufman Stern & Ascher

LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S.

Casero, Cindy Nygaard, and Veronica Law (hereafter collectively referred to as "the

Schoeman defendants") in this action.

       2.      I make this affirmation in support of the Schoeman defendants' application

for an ex parte Order for an extension of time until May 19, 2014 to answer, move against,

or otherwise respond to the complaint.

3.      The summons and complaint were served on the Schoeman defendants on February 27, 2014, which makes the Schoeman defendants' response to the complaint due on March 19, 2014.  A true and correct copy of the summons is annexed hereto as Exhibit A.

4.      The complaint, which I have omitted from this filing because of its size, runs 437 pages (without exhibits), contains over 1,000 paragraphs, and asserts 102 causes of action.  Analysis of the facts and law will take a considerable period of time to complete. For the Schoeman defendants alone, insurance coverage analysis has not yet been concluded.  We understand that to be the case for other defendants as well.  A comprehensive motion to dismiss, which we believe has a high likelihood of success will take at least 60 days to prepare.

5.      I attempted to obtain an extension by stipulation from plaintiff (who is proceeding *pro se*).  A true and correct copy of an e-mail exchange between plaintiff and me is annexed hereto as Exhibit B.  The two-week extension offered by plaintiff clearly is inadequate, therefore precipitating this application for an ex parte Order.

6.      The Schoeman defendants seek an extension of time within which to respond to the complaint due to the press of other professional obligations and the time required to analyze the 437-page complaint and investigate the factual and legal issues raised therein.

7.      There has been no prior extension of time to respond to the complaint by stipulation, order, or otherwise, and no prior application for this or similar relief has been made.  As of this date, the Schoeman defendants' time to answer, move against, or otherwise respond to the complaint has not yet expired.

Dated:        March 18, 2014
              New York, New York

                                                    Bettina B. Plevan
                                            _____
                                                    Bettina B. Plevan

2

Case 1:14-cv-02065-AJN    Document 2-7    Filed 03/25/14    Page 3 of 15

# Exhibit A

Case 1:14-cv-02065-AJN    Document 2-7    Filed 03/25/14    Page 4 of 15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x
RONIT D. APPEL,

                                    Plaintiff,                      **SUMMONS**

                        -against-                                   Index No. _____

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.                                 **DOCUMENT**
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.                               **ELECTRONICALLY**
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,                             **FILED**
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                                    Defendants.

----------------------------------------------------------------x

To the above named Defendants:

        YOU ARE HEREBY SUMMONED to answer the complaint in this

action and to serve a copy of your answer, or if the complaint is not served with this

summons, to serve a notice of appearance, on the plaintiff at the address indicated

below within 20 days after service of this summons, exclusive of the day of service

(or within 30 days after the service is complete if this summons is not personally

delivered to you within the State of New York); and in case of your failure to appear

or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 20, 2014
New York, New York

RONIT D. APPEL

322 West 78th Street
New York, NY 10024
(347) 387-6100
ronitdappel@gmail.com
*Plaintiff and Attorney for Plaintiff*

2

FILED: NEW YORK COUNTY CLERK 03/18/2014

NYSCEF DOC. NO. 24

INDEX NO. 151541/2014

RECEIVED NYSCEF: 03/18/2014

# Exhibit B

**From:** Ronit D. Appel [mailto:ronitdappel@gmail.com]
**Sent:** Thursday, March 13, 2014 6:13 PM
**To:** Plevan, Bettina B.
**Subject:** Re: Appel v. Schoeman Updike Kaufman Stern & Ascher LLP et al.

Ms. Plevan,

I did not state that I am prepared to grant you a conditional two-week extension with a reservation of rights for you to seek additional extensions. I was prepared to grant you a two-week extension with the understanding that you would not be seeking additional extensions. Since you do not wish to accept a two-week extension without any additional extensions and since I am not prepared to grant you a two-week extension with a reservation of rights for additional extensions, I expect your papers to be timely filed on their due date next week.

Ronit D. Appel


On Thu, Mar 13, 2014 at 5:22 PM, Plevan, Bettina B. <BPlevan@proskauer.com> wrote:

Ms. Appel,

Given the length of the complaint (475 pages) and the numerous causes of action I think 60 days is a bare minimum. However, we will send you a stipulation for a two week extension, reserving our right to seek further extensions from you and/or the Court.


Bettina (Betsy) B. Plevan
Member of the Firm

Proskauer
Eleven Times Square

1

New York, NY 10036-8299
d 212.969.3065
f 212.969.2900
bplevan@proskauer.com

greenspaces
Please consider the environment before printing this email.

**From:** Ronit D. Appel [mailto:ronitdappel@gmail.com]
**Sent:** Thursday, March 13, 2014 11:47 AM
**To:** Plevan, Bettina B.
**Subject:** Re: Appel v. Schoeman Updike Kaufman Stern & Ascher LLP et al.


Ms. Plevan,


Your request for a 60-day extension is unreasonable and I will not consent to it.  I am prepared to grant your clients a two-week extension.


Very truly yours,


Ronit D. Appel


On Thu, Mar 13, 2014 at 11:38 AM, Plevan, Bettina B. <BPlevan@proskauer.com> wrote:

Ms. Appel,

Thank you for your response. I am contacting you to request a 60 day extension of my clients' time to answer, move or otherwise respond to the complaint. For convenience I would propose the date be extended for all to May 19, 2014. Please advise if you agree to this request and we will then forward a formal stipulation. Thank you for your cooperation.


Bettina (Betsy) B. Plevan
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3065
f 212.969.2900
bplevan@proskauer.com

greenspaces
Please consider the environment before printing this email.

2

**From:** Ronit D. Appel [mailto:ronitdappel@gmail.com]
**Sent:** Thursday, March 13, 2014 11:13 AM
**To:** Plevan, Bettina B.
**Subject:** Appel v. Schoeman Updike Kaufman Stern & Ascher LLP et al.


Dear Ms. Plevan:


I received the voicemail that you left me this morning stating that you represent the Schoeman Updike firm and all of its partners and employees that are defendants in the lawsuit I filed and asking that I phone you.


Please be advised that I wish that all communications between us be in writing. Please feel free to e-mail me at this e-mail address.


Thank you.


Very truly yours,


Ronit D. Appel

Ronit D. Appel

Attorney at Law

322 West 78th Street

New York, NY 10024

(347) 387-6100

ronitdappel@gmail.com


The contents of this message may be privileged and confidential. If this message was received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this e-mail is not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with requirements imposed by U.S. Treasury Regulations, Proskauer Rose LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

Ronit D. Appel

Attorney at Law

322 West 78th Street

New York, NY 10024

(347) 387-6100

ronitdappel@gmail.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this e-mail is not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

--

4

Ronit D. Appel
Attorney at Law
322 West 78th Street
New York, NY 10024
(347) 387-6100
ronitdappel@gmail.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this e-mail is not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

RONIT D. APPEL,

                               Plaintiff,

                       -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                              Defendants.

-------------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE
UPON LAURIE ZELIGSON**

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Laurie Zeligson**, such service having been made in the following manner stated herein:

On **March 12, 2014**, at **18:35**, deponent delivered the aforementioned documents to and left them personally with **Concierge, Fabio "Doe" (Refused Last Name)**, a person of suitable age and discretion at **96 Fifth Avenue, New York, New York 10003, Laurie Zeligson's** actual place of **Residence**.

On **March 18, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Laurie Zeligson** at **96 Fifth Avenue, New York, New York 10003, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said wrapper in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served ("**Fabio "Doe"**") as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features |
|---|---|---|---|---|---|---|
| Male | Brown | Black | 35-40 | 5'8-6'0 | 180-200 | N/A |

GPS PHOTO

  

 

Property Description: **Multi family apartment building bearing "Ninety Six Fifth Avenue" glass doors.**
Attempts: **16:00 03/06/2014, 18:52 03/06/2014, 22:05 03/10/2014, 17:31 03/11/2014, 18:35 03/12/2014**
Additional Notes: **Concierge refused access to apartment and stated he is authorized to accept documents on behalf of Laurie Zeligson**

Process Server License No.**1240612**
Sworn to before me this_____ 19 __ day
of Murcy _____,20 14 .

_____
Brian B. Ricks                    03/19/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X

RONIT D. APPEL,

Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

Defendants.

------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON THE ZELIGSON FIRM**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU    )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **The Zeligson Firm**, such service having been made in the following manner stated herein:

On **March 12, 2014**, at **18:35**, deponent delivered the aforementioned documents to and left them personally with **Concierge, Fabio "Doe" (Refused Last Name)** at the offices of **The Zeligson Firm** at **96 Fifth Avenue, New York, New York 10003**.

On **March 18, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **The Zeligson Firm** at **96 Fifth Avenue, New York, New York 10003, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said wrapper in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that **he** describes the person actually served **Fabio "Doe"** as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features |
|---|---|---|---|---|---|---|
| Male | Brown | Black | 35-40 | 5'8-6'0 | 180-200 | N/A |

  

 

Property Description: **Multi family apartment building bearing "Ninety Six Fifth Avenue" glass doors.**
Attempts: **16:00 03/06/2014, 18:52 03/06/2014, 22:05 03/10/2014, 17:31 03/11/2014, 18:35 03/12/2014**
Additional Notes: **Concierge refused access to apartment and stated he is authorized to accept documents on behalf of The Zeligson Firm**
Process Server License No.**1240612**

Sworn to before me this _____ 19 _____ day

of _____ March _____ , 20 14 .

Brian B. Ricks                    03/19/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877