Case 1:14-cv-02065-AJN    Document 2-8    Filed 03/25/14    Page 1 of 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

RONIT D. APPEL,

                      Plaintiff,

                 -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                      Defendants.

-------------------------------------------------------------------------x

**Index No. 151541/2014**

**AFFIDAVIT OF SERVICE
UPON PAUL E. BREENE**

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NASSAU   )

**Michael Gorman**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Paul E. Breene** such service having been made in the following manner stated herein:

On **March 17, 2014**, at **12:40**, deponent delivered the aforementioned documents to and left them personally with **Paul E. Breene**, a person of suitable age and discretion, known to the deponent to be **Paul E. Breene,** the person to be served at **599 Lexington Avenue, 22nd Floor, New York, New York, 10022, Paul E. Breene's** actual place of **business**. Deponent asked the person served if he was the person named in the aforementioned documents and defendant admitted being the person so named.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served ("**Paul E. Breene**") as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features |
|---|---|---|---|---|---|---|
| Male | White | Bald | 45-50 | 5'8-5'11 | 161-200 | Glasses |

GPS PHOTO



Property Description: **Commercial building bearing "599" glass doors.**
Additional Notes: **Service effected on the 22nd Floor, in the reception area.**
Process Server License No.**1381333**

Sworn to before me this_____18_____day

of _Murch_____,20_14__.

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

Michael Gorman                03/18/2014

Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

RONIT D. APPEL,

                      Plaintiff,

                    -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                      Defendants.

------------------------------------------------------------------x

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON STUART J. BOESKY**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU   )

**Brian B. Ricks,** being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Stuart J. Boesky,** such service having been made in the following manner stated herein:

On **March 6, 2014,** at **14:19,** deponent delivered the aforementioned documents to and left them personally with **Beth Rua,** a person of suitable age and discretion at the offices of **Pembrook Capital Management** at **485 Madison Avenue, 22nd Floor, New York, New York 10022, Stuart J. Boesky's** actual place of business.

On **March 10, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Stuart J. Boesky at Pembrook Capital Management, 485 Madison Avenue, 22nd Floor, New York, New York 10022, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served **(Beth Rua)** as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---------|-------------|-------------|------|---------|---------|-----------------|
| Female | Brown | Black | 45-50 | 5'4-5'6 | 140-160 | Glasses |

GPS PHOTO



Property Description: **Commercial building bearing "485" glass and steel doors.**
Additional Notes: **Beth Rua came down to accept service in the building lobby, in front of the security desk.**
Process Server License No. **1240612**

Sworn to before me this _____18_____ day

of _March_ ,20 14 .



Brian B. Ricks                                   03/18/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

U Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

------------------------------------------------------------------------x

RONIT D. APPEL,

                              Plaintiff,

                    -against-                                      Index No. 151541/2014

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.                        **AFFIDAVIT OF SERVICE**
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.                      **UPON JAMISON WEINER**
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                              Defendants.

------------------------------------------------------------------------x

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NASSAU    )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Jamison Weiner**, such service having been made in the following manner stated herein:

On **March 6, 2014**, at **15:01**, deponent delivered the aforementioned documents to and left them personally with **Jamison Weiner**, a person of suitable age and discretion, known to the deponent to be **Jamison Weiner**, the person to be served at **54 Thompson Street, New York, New York 10012, Jamison Weiner's** actual place of **business**. Deponent asked the person served if he was the person named in the aforementioned documents and defendant admitted being the person so named.

On **March 10, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Jamison Weiner** at **Manhattes Group, 54 Thompson Street, New York, New York 10012, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said wrapper in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served ("**Jamison Weiner**") as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features |
|---|---|---|---|---|---|---|
| M | White | Black | 45-50 | 5'6-5'8 | 170-190 | N/A |



**Property Description: Commercial building gray stone in color bearing "54" over entry way, glass and steel door.**

Process Server License No.**1240612**

Sworn to before me this_____18_____day

of _Maren_____,20 14 .

_____

Brian B. Ricks          03/18/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

RONIT D. APPEL,

                         Plaintiff,

                  -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                        Defendants.

-------------------------------------------------------------------------X

Index No. 151541/2014

**AFFIDAVIT OF SERVICE
UPON JEFFREY FEIL**

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NASSAU    )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Jeffrey Feil**, such service having been made in the following manner stated herein:

On **March 6, 2014**, at **15:22**, deponent delivered the aforementioned documents to and left them personally with **Donna Vocoterio**, a person of suitable age and discretion at the offices of **The Feil Organization at 7 Penn Plaza, Room 618, New York, New York 10001**, Jeffrey Feil's actual place of **business**.

On **March 10, 2014,** deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Jeffrey Feil at The Feil Organization, 7 Penn Plaza, Room 618, New York, New York 10001 First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served **(Donna Vocoterio)** as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | White | Black | 45-50 | 5'5-5'7 | 150-160 | N/A |

**GPS PHOTO**



**Property Description: Commercial building bearing "Seven" over entry way glass and steel doors.**
Additional Notes: **Service effected on the 6th Floor, lobby area of The Feil Organization**
Process Server License No. **1240612**

Sworn to before me this_____18___ day
of _Murch_____,20 14 .

_____
Brian B. Ricks                          03/18/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

RONIT D. APPEL,

                        Plaintiff,

                    -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                        Defendants.

-------------------------------------------------------------------------x

Index No. 151541/2014

**AFFIDAVIT OF SERVICE**
**UPON JOSEPH BRUZZESE**

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NASSAU    )

**Brian B. Ricks**, being duly sworn, deposes and says that deponent is over the age of eighteen (18) years and is not a party in this proceeding. Deponent further states that deponent served a true copy of **Notice of Commencement of Action Subject to Mandatory Electronic Filing dated February 20, 2014 and a Summons and Verified Complaint dated February 20, 2014 and Exhibits A through H** thereto in the above-entitled proceeding upon **Joseph Bruzzese**, such service having been made in the following manner stated herein:

On **March 6, 2014**, at **16:28**, deponent delivered the aforementioned documents to and left them personally with **Ms. Encarnacion**, a person of suitable age and discretion at the offices of **Interior Construction Corp.**, at **314 East 34th Street, New York, New York 10016**, **Joseph Bruzzese's** actual place of business.

On **March 10, 2014**, deponent enclosed a copy of the same in a postage-paid sealed wrapped properly addressed to **Joseph Bruzzese at Interior Construction Corp., 314 East 34th Street, New York, New York 10016, First Class Envelope Marked "Personal and Confidential"** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody of the United States Postal Services within New York State.

Deponent further states upon information and belief that said person so served is not in the Military Service of the State of New York or of the United States as the term is defined in either the State or Federal statutes. Deponent further states that he describes the person actually served (**Ms. Encarnacion**) as follows:

| Gender: | Skin Color: | Hair Color: | Age: | Height: | Weight: | Other Features: |
|---|---|---|---|---|---|---|
| Female | Brown | Black | 30-35 | 5'6-5'8 | 160-170 | N/A |

GPS PHOTO



Property Description: **Commercial building bearing "314 East 34th Street" over entry way glass and steel doors.**

Process Server License No. **1240612**

Sworn to before me this _____ 18 ___ day

of March ,20 14 .

Brian B. Ricks          03/18/2014

Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County
Commission Expires July 26, 2017

 Undisputed Legal Inc.

909 Third Avenue, 8023
New York New York 10150
212.203.8001

100 Fisher Avenue, 401
White Plains New York 10602
914.414.0877



At an Ex Parte Part of the Supreme Court
of the State of New York, held in and for
the County of New York, at 60 Centre
Street, New York, New York, on the 19ᵗʰ
day of March 2014.

PRESENT:

      HON.        HON. LORI S. SATTLER

                Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

RONIT D. APPEL,

                Plaintiff,

      -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

                Defendants.

-----------------------------------------------------------------------X

Index No. 151541/14

**EX PARTE ORDER
PURSUANT TO CPLR § 2004**

EXTENDING TIME
TO ANSWER

      Upon the accompanying affirmation of Bettina B. Plevan, executed on March 18, 2014, and good cause appearing therefore, it is

ORDERED, pursuant to CPLR § 2004, that the time for the Schoeman defendants to answer, move or otherwise respond with respect to the complaint is extended ~~up to and~~ for a period of twenty (20) days from The date hereof, said time to expire April 8, 2014 ~~including May 19, 2014.~~

Let service of a copy of This order upon counsel for The plaintiff on ~~the~~ or before The 20th day of March 2014 be deemed sufficient.     ENTER:

_____
                J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

RONIT D. APPEL,

                         Plaintiff,

                -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS
CORP., H & B CONSTRUCTION SERVICES, INC.,
M & B CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

                      Defendants.

-------------------------------------------------------------------x

**STIPULATION**

Index No. 151541/2014

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff

and the undersigned attorney for defendants French Partners, LLC, The Feil

Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil that the time for

French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., and

Jeffrey Feil to answer, move, or otherwise respond to plaintiff's Verified Complaint

dated February 20, 2014 is hereby extended to and including April 24, 2014.


Dated:  New York, New York
         March 19, 2014


RONIT D. APPEL


By: Ronit D. Appel, Esq.
322 West 78th Street
New York, New York 10024
(347) 387-6100
ronitdappel@gmail.com
*Plaintiff and Attorney for Plaintiff*




Dated:  Florham Park, New Jersey
         March 19, 2014


GORDON & REES LLP


By: Lee Henig-Elona, Esq.
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
(973) 549-2520
lhenig-elona@gordonrees.com
*Attorneys for Defendants French Partners, LLC,*
*The Feil Organization, Inc., Jeffrey Management*
*Corp., and Jeffrey Feil*


2