SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X

RONIT D. APPEL,

                Plaintiff,

      -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

                Defendants.
------------------------------------------------------------------------X

Index No. 151541/14

**NOTICE OF ENTRY**

      PLEASE TAKE NOTICE that the attached is a true and correct copy of the Ex Parte

Order Pursuant to CPLR § 2004 Extending Time to Answer of the Supreme Court of the

State of New York, County of New York, dated March 19, 2014, and entered in the Office of

the New York County Clerk on March 19, 2014.

Dated:      New York, New York
            March 19, 2014

PROSKAUER ROSE LLP

By: */s/ Bettina B. Plevan*
      Bettina B. Plevan
      Gregory J. Couillou
Eleven Times Square
New York, NY 10036-8299
(212) 969-3065
*bplevan@proskauer.com*
*gcouillou@proskauer.com*
*Attorneys for Defendants*
*Schoeman Updike Kaufman Stern & Ascher LLP,*
*Mindy H. Stern, Beth L. Kaufman, Charles B.*
*Updike, Andrea D. Ascher, Susan S. Casero,*
*Cindy Nygaard, and Veronica Law*

TO:   Ronit D. Appel
      322 West 78th Street
      New York, NY 10024
      (347) 387-6100
      *ronitdappel@gmail.com*
      *Plaintiff and Attorney for Plaintiff*

FILED: NEW YORK COUNTY CLERK 03/19/2014

NYSCEF DOC. NO. 32

At an Ex Parte Part of the Supreme Court of the State of New York, held in and for the County of New York, at 60 Centre Street, New York, New York, on the 19th day of March 2014.

PRESENT:

HON.   **HON. LORI S. SATTLER**

Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X

RONIT D. APPEL,

                  Plaintiff,

      -against-

SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H & B CONSTRUCTION SERVICES, INC., M & B CONSTRUCTION, and M & B CONSTRUCTION SERVICES,

                  Defendants.
-------------------------------------------------------------------------X

Index No. 151541/14

**EX PARTE ORDER
PURSUANT TO CPLR § 2004**

EXTENDING TIME
TO ANSWER

Upon the accompanying affirmation of Bettina B. Plevan, executed on March 18, 2014, and good cause appearing therefore, it is

ORDERED, pursuant to CPLR § 2004, that the time for the Schoeman defendants to

answer, move or otherwise respond with respect to the complaint is extended ~~up to and~~ for a period

of twenty (20) days from the date hereof, said time to expire April 8, 2014 ~~including May 19, 2014.~~

Let service of a copy of this order upon counsel for the plaintiff on ~~the~~ or before the 20th day of March 2014 be deemed sufficient.

ENTER:

_____
J.S.C.

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    Supreme Court                    New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,          Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 55 Yrs |
| --- | --- | --- | --- |
| COUNTY OF ALBANY  ) SS | | | |
| CITY OF ALBANY     ) | Weight:  200 Lbs  Height:  6'0  Sex:  Male  Color of skin:  White | | |
| | Hair color:  Gray  Other: | | |

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____ , at  11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **Reed Smith LLP** _____ , the

Defendant in this action, by delivering to and leaving with _____ Richard Digiovanna _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section   PARTNERSHIP LAW §121-1502 (FOREIGN LLP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th   day of   March 2014

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires  September 30, 2014

Kyle Warner

Invoice Work Order # 1403676

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

FILED: NEW YORK COUNTY CLERK 03/20/2014

NYSCEF DOC. NO. 37

INDEX NO. 151541/2014

RECEIVED NYSCEF: 03/20/2014

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    Supreme Court                    New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

| | |
|---|---|
| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:**  Approx. Age: 45 Yrs. |
| COUNTY OF ALBANY  ) SS | |
| CITY OF ALBANY      ) | Weight: 140 Lbs.  Height: 5' 6"  Sex: Female  Color of skin: Black |

Hair color: Black   Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____, at 11:27 am, at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **Madison 96 Associates, LLC** _____, the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th   day of _____ March 2014 _____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice Work Order # 1403679

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                Supreme Court                New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 45 Yrs. |
| --- | --- | --- | --- |

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**      Approx. Age: __45 Yrs.__

Weight: __140 Lbs.__ Height: __5' 6"__ Sex: __Female__ Color of skin: __Black__

Hair color: __Black__ Other: _____

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____March 7, 2014_____, at __11:27 am__, at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____**French Partners, LLC**_____, the

Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of ____40____ dollars; That said service

was made pursuant to Section ___LIMITED LIABILITY COMPANY LAW §303___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

__7th__ day of ____March 2014____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice Work Order # 1403680

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

Case 1:14-cv-02065-AJN   Document 2-9   Filed 03/25/14   Page 8 of 13

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | Supreme Court | New York County |
|---|---|---|

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age:  45 Yrs.

Weight:  140 Lbs.  Height:  5' 6"  Sex:  Female  Color of skin:  Black

Hair color:  Black  Other: _____

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____ , at  11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **The Feil Organization, Inc.** _____ , the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th  day of _____ March 2014 _____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice-Work Order # 1403681

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

INDEX NO. 151541/2014

NYSCEF DOC. NO. 40

Case 1:14-cv-02065-AJN   Document 2-9   Filed 03/25/14   Page 9 of 13

RECEIVED NYSCEF: 03/20/2014

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | Supreme Court | New York County |
|---|---|---|

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age:  45 Yrs.

Weight:  140 Lbs.  Height:  5' 6"  Sex:  Female  Color of skin:  Black

Hair color:  Black  Other: _____

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____ , at _11:27 am_ , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory
Electronic Filing

on _____ **Jeffrey Management Corp.** _____ , the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

__7th__ day of _____ March 2014 _____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires  September 30, 2014

Kyle Warner

Invoice-Work Order # 1403682

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York        Supreme Court        New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age:   45 Yrs.

Weight: 140 Lbs.   Height:   5' 6"   Sex: Female   Color of skin:   Black

Hair color:   Black   Other:

Kyle Warner , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on     March 7, 2014     , at   11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

---

on        **John Francis Borrelli Architect, P.C.**        , the

Defendant in this action, by delivering to and leaving with      Tammy Alexander      ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of     40     dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th day of   March 2014

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice-Work Order # 1403683

**ALEXANDER, POOLE & CO., INC.** • **11 NORTH PEARL STREET** • **ALBANY, NEW YORK, 12207**

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    Supreme Court                    New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

| | | |
|---|---|---|
| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age:  45 Yrs. |
| COUNTY OF ALBANY  ) SS | | |
| CITY OF ALBANY  ) | Weight: 140 Lbs. Height:  5' 6"  Sex: Female  Color of skin:  Black | |

Hair color:  Black  Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____, at  11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **Interior Construction Corp.** _____ , the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

__7th__ day of ____March 2014____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice/Work Order # 1403684

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

FILED: NEW YORK COUNTY CLERK 03/20/2014

NYSCEF DOC. NO. 43

INDEX NO. 151541/2014

RECEIVED NYSCEF: 03/20/2014

Case 1:14-cv-02065-AJN   Document 2-9   Filed 03/25/14   Page 12 of 13

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                Supreme Court                New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**          Approx. Age: 45 Yrs.

Weight: 140 Lbs. Height: 5' 6" Sex: Female Color of skin: Black

Hair color: Black Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____, at 11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **Creative Environment Solutions Corp.** _____, the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th day of _____ March 2014 _____

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

**Invoice-Work Order #** 1403685

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

Index # **151541/2014**

Attorney(s)

Purchased/Filed: February 20, 2014

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York      Supreme Court      New York County

Ronit D. Appel,

Plaintiff

against

Schoeman Updike Kaufman Stern & Ascher LLP, et al.,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 Yrs.

Weight: 140 Lbs.  Height: 5' 6"  Sex: Female  Color of skin: Black

Hair color: Black  Other: _____

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ March 7, 2014 _____ , at 11:27 am , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons & Verified Complaint with Exhibits A through H with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on _____ **H & B Construction Services, Inc.** _____ , the

Defendant in this action, by delivering to and leaving with _____ Tammy Alexander _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

7th day of March 2014

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice-Work Order # 1403686

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**