# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
RONIT D. APPEL,                                                      Index No. 151541/2014

               Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN &                                      **CONSENT TO REMOVAL**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

               Defendants.
-------------------------------------------------------------------X

     Putative defendants Interior Construction Corp. and Joseph Bruzzese hereby consent to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:    New York, New York
          March 18, 2014

                RABINOWITZ & GALINA, ESQS.

                By: _____
                    Maxwell J. Rubin, Esq.
                94 Willis Avenue
                Mineola, NY 11501
                (516) 739-8222
                *Attorneys for Defendants*
                *Interior Construction Corp. and Joseph Bruzzese*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
RONIT D. APPEL,                                              Index No.

                      Plaintiff,

  -against-

SCHOEMAN UPDIKE KAUFMAN STERN &                              **CONSENT TO REMOVAL**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

                      Defendants.
------------------------------------------------------------------X

        Putative defendants John Francis Borrelli Architect, P.C. and John Francis Borrelli have not been served with a summons and complaint in this action and do not consent to personal jurisdiction over them, waive their defense of lack of personal jurisdiction or hereby appear in this action for purposes of establishing personal jurisdiction over them. John Francis Borrelli Architect, P.C. and John Francis Borrelli hereby consent to the removal of the above-captioned action pending in the Supreme Court of the

State of New York, County of New York to the United States District Court for the Southern District of New York by any or all of the other named defendants. In the event John Francis Borrelli Architect, P.C. and/or John Francis Borrelli individually is served with process, they hereby consent to the removal of the case from state to federal court and, in the event of such service, will file such additional document(s), if any, as may be necessary to demonstrate their consent to removal.

Dated:     New York, New York
           March 19, 2014

BY: _____
JOHN FRANCIS BORRELLI ARCHITECT, P.C.
TITLE: ____President____

BY: _____
JOHN FRANCIS BORRELLI

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X
RONIT D. APPEL,                                            Index No. 151541/2014

                Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN &        **CONSENT TO REMOVAL**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

                Defendants.
-------------------------------------------------------------------------X

      Defendants French Partners LLC, The Feil Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil hereby consent to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         March 19, 2014

        GORDON & REES LLP

        BY: _____
             Lee Henig-Elona, Esq.

18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
(973) 549-2520
*Attorney for Defendants French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
RONIT D. APPEL,                                    Index No. 151541/2014

               Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN &            **CONSENT TO REMOVAL**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

               Defendants.
------------------------------------------------------------------X

     Putative defendant H & B Construction Services, Inc., hereby consents to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         March 21, 2014

                              BY: _William J Fatutta_____
                              H & B CONSTRUCTION SERVICES, INC.

                              TITLE: __President_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONIT D. APPEL,    Index No.: 151541/2014

           Plaintiff,

  -against-

                                            **CONSENT TO REMOVAL**

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC, STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

           Defendants.
------------------------------------------------------------------X

     Putative defendants The Zeligson Firm and Laurie Zeligson hereby consent to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:    New York, New York
             March 17, 2014

BY: _____
THE ZELIGSON FIRM

TITLE: *Principal*

BY: _____
LAURIE ZELIGSON

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
RONIT D. APPEL,                                               Index No. 151541/2014

     Plaintiff,

 -against-

SCHOEMAN UPDIKE KAUFMAN STERN &      CONSENT TO REMOVAL
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

     Defendants.
-----------------------------------------------------------------------X

  Defendants Madison 96 Associates LLC, Stuart J. Boesky and Jamison Weiner hereby consent to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:    New York, New York
          March 20, 2014

                            HARNIK LAW FIRM

BY: _____
        Stephen M. Harnik, Esq.
623 Fifth Avenue, 24th Floor
New York, New York 10022-6831
(212) 599-7575
*Attorney for Defendants Madison 96 Associates LLC, Stuart J. Boesky, and Jamison Weiner*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
RONIT D. APPEL,

Index No. 151541/2014

              Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

**CONSENT TO REMOVAL**

              Defendants.
---------------------------------------------------------------X

      Defendants Reed Smith LLP and Paul E. Breene hereby consent to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:      New York, New York
            March ___, 2014

                        SCHULTE ROTH & ZABEL LLP

                        BY: _____
                              Robert M. Abrahams
                        919 Third Avenue
                        New York, NY 10022
                        (212) 756-2000
                        *Attorney for Defendant Reed Smith LLP and*
                        *Paul E. Breene*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X
RONIT D. APPEL,                                    Index No. 151541/2014

               Plaintiff,

    -against-

SCHOEMAN UPDIKE KAUFMAN STERN &amp;        **CONSENT TO REMOVAL**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC., STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H &amp; B CONSTRUCTION SERVICES, INC., M &amp; B
CONSTRUCTION, and M &amp; B CONSTRUCTION
SERVICES,

               Defendants.
------------------------------------------------------------------------X

    Putative defendant Creative Environment Solutions Corp. hereby consents to the removal of the above-captioned action pending in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated:      New York, New York
            March 24, 2014

                                    BY: _____
                                    CREATIVE ENVIRONMENT SOLUTIONS
                                    CORP.

                                    TITLE: <u>Financial Director</u>

2