UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

RONIT D. APPEL,

Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H & B CONSTRUCTION SERVICES, INC., M & B CONSTRUCTION, and M & B CONSTRUCTION SERVICES,

Defendants.

----------------------------------------------------------------------X

Civil Action No. 14 CV 2065 (AJN) (DF)

**ECF CASE**

**<u>Affidavit of Service</u>**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

MARY JANE MCALEAVY, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Aberdeen, New Jersey.

2. On March 25, 2014, I served by electronic filing (NYSCEF), a true and correct copy of the Notice of Filing of Notice of Removal (with exhibits attached), (Document Numbers 45-46), upon the County Clerk, Supreme Court of the County of New York, 60 Centre Street, New York and upon the following parties who appeared in the civil action entitled "Ronit D. Appel v. Schoeman Updike Kaufman Stern & Ascher LLP, et al." Index No. 151541/2014, in the Supreme Court of the State of New York, County of New York, and who consented to electronic filing:

Ronit D. Appel
Plaintiff, Pro Se
322 West 78th Street
New York, New York 10024
ronitdappel@gmail.com

Maxwell J. Rubin, Esq.
Rabinowitz & Galina
94 Willis Avenue
Mineola, New York 11501
Attorneys for Defendants
Interior Construction Corp. and
Joseph Bruzzese
mwitz@optonline.net

Lee Henig-Elona, Esq.
Gordon & Rees, LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Attorneys for Defendants

French Partners, LLC, The Feil Organization, Inc.
Jeffrey Management Corp., and Jeffrey Feil
lhenig-elona@gordonrees.com

MARY JANE MCALEAVY

Sworn to before me this
26th day of March, 2014

Notary Public

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires December 4, 2014

FILED: NEW YORK COUNTY CLERK 03/25/2014 INDEX NO. 151541/2014
NYSCEF DOC. NO. 45 RECEIVED NYSCEF: 03/25/2014

14 CV 2065

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------X

RONIT D. APPEL,

Index No. 151541/14

Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC., STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H & B CONSTRUCTION SERVICES, INC., M & B CONSTRUCTION, and M & B CONSTRUCTION SERVICES,

Defendants.

---------------------------------------------------------------------X

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on March 25, 2014, defendants Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law (hereafter collectively referred to as "the Schoeman defendants"), by and through their attorneys Proskauer Rose LLP, filed a Notice of Removal of this action with the Clerk of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007. As set forth in the Notice

of Removal attached hereto as Exhibit 1, all defendants properly served to date consent to this removal.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of the attached Notice of Removal effects removal of the action to the United States District Court and no further proceedings should be had in this matter in the Supreme Court of the State of New York, County of New York, unless and until this action is remanded.

Dated: New York, New York
March 25, 2014

PROSKAUER ROSE LLP

By: [signature]
Bettina B. Plevan
Gregory J. Couillou
Eleven Times Square
New York, NY 10036-8299
(212) 969-3065
*bplevan@proskauer.com*
*gcouillou@proskauer.com*
*Attorney for Defendants*
*Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law*

TO: Ronit D. Appel, Plaintiff *Pro Se*
322 West 78th Street
New York, NY 10024
(347) 387-6100
*ronitdappel@gmail.com*