UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RONIT D. APPEL,

      Plaintiff,

  -against-

SCHOEMAN UPDIKE KAUFMAN STERN&
ASCHER LLP, MINDY H. STERN, BETH L
KAUFMAN, CHARLES B. UPDIKE, ANDREA
D. ASCHER, SUSAN S. CASERO, CINDY
NYGAARD, VERONICA LAW, LAURIE
ZELIGSON, THE ZELIGSON FIRM, PAUL E.
BREENE, REED SMITH LLP, MADISON 96
ASSOCIATES, LLC., STUART J. BOESKY,
JAMISON WEINER, FRENCH PARTNERS,
LLC, THE FEIL ORGANIZATION, INC.,
JEFFREY MANAGEMENT CORP., JEFFREY
FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS
BORRELLI INTERIOR CONSTRUCTION
CORP., JOSEPSH BRUZZESE, CREATIVE
ENVIROMENT SOLUTIONS CORP., H& B
CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B
CONSTRUCTION SERVICES,

      Defendants.

**AFFIDAVIT OF SERVICE**

**14-CV-2065 AJN**

------------------------------------------------------------X

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

KENNETH BIGLIANI, being duly sworn, deposes and states:

  1.  I am not a party to this action, am over the age of eighteen years and reside in Jersey City, NJ.

CURRENT 34279157v1

2. On March 25, 2014, I served true copies of defendants Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D.Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law, "Schoeman defendants" (i)NOTICE OF FILING OF NOTICE OF REMOVAL, with exhibits attached thereto, (ii) ECF Rules; (iii) Individual Practices of Judge Alison J. Nathan; (iv) Special Rules of Practice in Civil Pro Se Cases; (v) Individual Practices of Magistrate Judge Debra Freeman;(vi) Civil Cover Sheet; (vii) Rule 7.1 Statement; upon the following:

Ronit D. Appel
322 West 78th Street
New York, NY 10024
Plaintiff Attorney Pro Se

Rabinowitz & Galina, Esqs.
Maxwell J. Rubin, Esq
94 Willis Avenue
Mineola, New York 11501
Attorneys for Defendants
Interior Construction Corp. And
Joseph Bruzzese

Lee Henig-Elona, Esq.
Gordon & Rees, LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Attorneys for Defendants
French Partners, LLC, The Feil Organization, Inc
Jeffrey Management Corp., Jeffrey Feil

Robert M. Abrahams
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

John Francis Borrelli
John Francis Borelli Architect, P.C.
31 Edgemere Terrace
Washington, New Jersey 07882

Stephen M. Harnik
Harnik Law Firm
623 Fifth Avenue, 24 Floor
New York, NY 10022-6841

Laurie Zeligson
The Zeligson Firm
96 Fifth Avenue, Apt 8N
New York, NY 10003

Ross Silkarev
Creative Environment Solutions Corp.
39 West 37 Street, 14 Floor
New York, NY 10018

William J. Fatutta
H & B Construction Services, Inc.
P.O. BOX 545
West Hempstead, NY 11552

3. Service was effectuated by first class priority mail by enclosing true copies of the aforementioned documents in a prepaid properly addressed wrappers to the above referenced attorneys and parties and placing them an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

_____
KENNETH BIGLIANI

Sworn to before me this
26th day of March 2014

_____
Notary Public

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires December 4, 2014