UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RONIT D. APPEL,                                    Civil Action No. 14 CV 2065
                                                   (AJN) (DF)
                Plaintiff,

   -against-                                      **ECF CASE**

SCHOEMAN UPDIKE KAUFMAN STERN &                    **CERTIFICATE OF SERVICE**
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES,
LLC, STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR
CONSTRUCTION CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

                Defendants.
------------------------------------------------------------------------X

      I hereby certify that on this 28th day of March 2014, true and complete copies of Defendant Schoeman Updike Kaufman Stern & Ascher LLP's Rule 7.1 Statement,  two (2) Affidavits of Service for the Notice of Filing of Notice of Removal and Defendant's March 28, 2014 Letter to Judge Nathan with enclosed exhibits were served on the following:

Ronit D. Appel, Esq.
322 West 78th Street
New York, NY 10024
Tel: (347) 387-6100
e-mail: ronitdappel@gmail.com
(*plaintiff pro se, via e-mail and regular mail*)

Lee Henig-Elona, Esq.
Gordon & Rees, LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2520
e-mail: lhenig-elona@gordonrees.com
(*counsel for defendants French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil, via e-mail*)

Maxwell J. Rubin, Esq.
Rabinowitz & Galina, Esqs.
94 Willis Avenue
Mineola, New York 11501
Tel: (516) 739-8222
e-mail: mrubin@randglaw.net
(*counsel for defendants Interior Construction Corp. and Joseph Bruzzese, via e-mail*)

Stephen M. Harnik, Esq.
Harnik Law Firm
623 Fifth Avenue, 24th Floor
New York, New York 10022-6831
Tel: (212) 599-7575
e-mail: stephen@harnik.com
(*counsel for defendants Madison 96 Associates LLC, Stuart J. Boesky, and Jamison Weiner, via e-mail*)

Robert M. Abrahams, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 756-2000
e-mail: Robert.Abrahams@srz.com
(*counsel for defendants Reed Smith LLP and Paul E. Breene, via e-mail*)

James O'Brien, Esq.
Wilson Elser
1133 Westchester Avenue
Tel: (914) 872-7233
White Plains, NY 10604
e-mail: james.obrien@wilsonelser.com

(*counsel for defendants John Francis Borrelli and John Francis Borrelli Architect, P.C., via e-mail*)

Mili Makhijani, Esq.
100 Jericho Quadrangle
Suite 326
Jericho, NY 11753
(*counsel for defendants Laurie Zeligson and The Zeligson Firm, via e-mail*)

Creative Environment Solutions Corp.
Ross Sikarev
Creative Environment Solutions Corp.
39 West 37th Street, 14th Floor
New York, NY 10018
Tel: (212) 290- 6323
(*defendant, via e-mail and regular mail*)

H & B Construction Services, Inc.
William J. Fatutta, President
H & B Construction Services, Inc.
3350 156th Street
Flushing, NY 11354
Tel: (718) 939-4100
(*defendant, via e-mail and regular mail*)

M & B Construction Services
M & B Construction M & B Construction
69 Hinsdale Street
Brooklyn, NY 11207-2317
Tel: (718) 498-0968
(*defendant, via regular mail*)

Dated:     Newark, New Jersey
           March 28, 2014

                              PROSKAUER ROSE LLP


                              By:   *s/Gregory J. Couillou*
                                    Gregory J. Couillou
                              One Newark Center, 18th Floor
                              Newark, NJ 07102-5211
                              (973) 274-3248
                              *gcouillou@proskauer.com*
                              *Attorneys for Defendants*

3

*Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law*