**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONIT D. APPEL,<br><br>Plaintiff,<br><br>vs.<br><br>SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE SELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATIONS, INC. JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCISO BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H&B CONSTRUCTION SERVICES, INC., M&B CONSTRUCTION, and M&B CONSTRUCTION SERVICES,<br><br>Defendants. | No. 14 CV 2065 (AJN/DF)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF Case |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lee Henig-Elona, a member of this Court in good standing, respectfully enters her appearance as counsel for Defendants French Partners, LLC, The Feil Organization, Inc., Jeffrey Management Corp., and Jeffrey Feil, (collectively "Defendants"), in the above referenced action and also has been designated to accept service of all papers, notices, filings, pleadings, briefs, orders, correspondence and other papers on behalf of Defendants.

Dated: April 1, 2014
Florham Park, NJ

Respectfully submitted,

By: ______s/ *Lee Henig-Elona*________

Lee Henig-Elona, Esq.
Lhenig-elona@gordonrees.com

**GORDON & REES LLP**
Lee Henig-Elona (LH 1986)
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
(973) 549-2500 Telephone
(973) 377-1911 Facsimile

*Attorneys for Defendants,*
*French Partners, LLC,*
*The Feil Organization, Inc.,*
*Jeffrey Management Corp., and Jeffrey Feil*