UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONIT D. APPEL,                                                  :
                 Plaintiff,                 :
     - against –                                                :
                                                                :
SCHOEMAN UPDIKE KAUFMAN STERN &                                  :
ASCHER LLP, MINDY H. STERN, BETH L.                              :
KAUFMAN, CHARLES B. UPDIKE, ANDREA                               :
D. ASCHER,  SUSAN S. CASERO, CINDY                               :
NYGAARD,  VERONICA LAW,   LAURIE                                 :
ZELIGSON,  THE ZELIGSON FIRM, PAUL E.                            :   Case No.: 14-cv-2065 (AJN)
BREENE,     REED SMITH LLP, MADISON 96                           :
ASSOCIATES, LLC, STUART J. BOESKY,                               :   ECF Case
JAMISON WEINER, FRENCH PARTNERS, LLC,                            :
THE FEIL ORGANIZATION, INC., JEFFREY                             :   **NOTICE OF APPEARANCE**
MANAGEMENT CORP., JEFFREY FEIL,  JOHN                            :
FRANCIS BORRELLI ARCHITECT, P.C., JOHN                           :
FRANCIS BORRELLI, INTERIOR                                       :
CONSTRUCTION CORP., JOSEPH BRUZZESE,                             :
CREATIVE ENVIRONMENT SOLUTIONS                                   :
CORP., H & B CONSTRUCTION SERVICES,                              :
INC., M & B CONSTRUCTION, and M& B                               :
CONSTRUCTION SERVICES,                                           :
                                                                :
                 Defendants.                :
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Harnik Law Firm, with offices located at 623 Fifth Avenue, 24th Floor, New York, NY 10022, hereby appears on behalf of Madison 96 Associates, LLC, Stuart J. Boesky and Jamison Weiner, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

      I hereby certify that I am admitted to practice before this Court.

1

Dated:  New York, New York
        Dated: April 1, 2014

                                  Harnik Law Firm

                                      /S/
                                Stephen M. Harnik, Esq.

                                623 Fifth Avenue, 24th Floor
                                New York, New York 10022-6831
                                Telephone:     (212) 599-7575
                                Facsimile :     (212) 867-8120
                                Email: stephen@harnik.com

*Attorneys for Madison 96 Associates, LLC, Stuart J. Boesky and Jamison Weiner*

2