UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Ronit D. Appel

                     Plaintiff,

-against-

Schoeman Updike Kaufman
Stern & Ascher LLP, et al.    Defendant.

--------------------------------------------------------

Case No. 14-cv-2065

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Stephen M. Harnik**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 9889    My State Bar Number is 1621242

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Harnik Wilker & Finkelstein LLP
                  FIRM ADDRESS: Olympic Tower, 645 Fifth Avenue, New York, NY 10022-5937
                  FIRM TELEPHONE NUMBER: (212) 599-7575
                  FIRM FAX NUMBER: (212) 867 8120

NEW FIRM:    FIRM NAME: Harnik Law Firm
                  FIRM ADDRESS: 623 Fifth Avenue, 24th Floor, New York, NY 10022-6831
                FIRM TELEPHONE NUMBER: (212) 599-7575
                FIRM FAX NUMBER: (212) 867 8120

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 04/04/2014

                                                    /S/
                                       ATTORNEY'S SIGNATURE
                                       Stephen M. Harnik