UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| RONIT D. APPEL, | : | No. 14-cv-2065 (AJN/DF) |
| Plaintiff, | : | |
| | : | ECF Case |
| vs. | : | |
| | : | **ANSWER** |
| SCHOEMAN UPDIKE KAUFMAN STERN & ARCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LA, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREEM, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC. JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCISO BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS H&B CONSTRUCTION SERVICES, INC., M&B CONSTRUCTION, and M&B CONSTRUCTION SERVICES, | : : : : : : : : : : : : : : : | |
| Defendant, | : | |

---

The defendant, H&B CONSTRUCTION SERVICES, INC. appearing herein on behalf

by their attorneys EPSTEIN, GIALLEONARDO, HARMS & McDONALD, to Answer the

Complaint of the plaintiff, alleges.

## <u>PARTIES</u>

1.    Denies any knowledge or information sufficient to form a belief as to the truth

of the allegations contained in the paragraphs of the complaint designated as follows:   "1", "2",

"3", "4", "5", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "27", "28".

     2.    Denies each and every allegation contained in the paragraphs of the complaint designated as follows: "26" except admits that defendant H&B CONSTRUCTION SERVICES, INC., is, upon information and belief, a corporation organized and existing under the laws of the State of New York.

## JURISDICTION AND VENUE

     3.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as "29", "30" and leave(s) all questions of law to the Court for determination at time of trial.

## FACTUAL ALLEGATIONS

     4.    Denies each and every allegation contained in the paragraph of the complaint "31".

### Plaintiff Was, Per Schoeman, Schoeman's Star Associate

     5.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43".

### Plaintiff was viewed as one of the Most Talented and Highly-Regarded Students in Her Law School

     6.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows:  "44", "45", "46" and "47".

**Each Employer That Plaintiff Worked for Prior to Commencing Her
Employment at Schoeman Was Extremely Impressed by Plaintiff's
Intelligence, Word Product, and Interpersonal Skills**

7.      Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "48", "49" and "50".

**Plaintiff's Complaint Regarding the Unsafe and Toxic Air at Schoeman**

8.      Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "51", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "78", "79", "80" and "81".

9.      Denies each and every allegation contained in paragraphs "52", "53", "54" of the complaint.

**Schoeman's Air Quality Tests**

10.     Denies each and every allegation contained in paragraphs "82", "83", "84" and "85" of the complaint.

11.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96" and "97".

**Schoeman's Letter of Termination**

12.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "98", "99", "100", "101", "103", "104", "105", "106", "107", "108", "109", "110", "111", "112", "113", "114", "115", "116", "117", "119", "120", "121", "122", "123", "124", "125", "126",

"127", "128", "129", "130", "131", "132", "133", "134", "135", "136", "137", "138", "139", "140", "141", "142", "143", "144", "145", "146", "147", "148", "149", "150", "151", "152", "153", "154", "155", "156", "157", "158", "159", "160", "161", "162", "163", "164", "165", "166", "167", "168", "169", "170".

13.    Denies each and every allegation contained in paragraphs "102", "118" of the complaint.

### Defamatory and Libelous Report Prepared in<br>Response to Plaintiff's Complaint of Religious Discrimination at Schoeman

14.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "171", "172", "173", "174", "175", "176", "177", "178", "179", "180", "181", "182", "183", "184", "185", "186", "187", "188", "189", "190", "191", "192", "193", "194", "195", "196", "197", "198", "199", "200", "201", "202", "203", "204".

### Age Discrimination at Schoeman

15.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "205", "206", "207", "208", "209", "210", "211", "212", "213", "214", "215", "216", ""217", "218", "219", "220", "221", "222", "223", "224", "225", "226", "227".

### Schoeman's Actions Have Destroyed Plaintiff's Career, Irreparably<br>Destroyed Plaintiff's Reputation, and Have Caused Plaintiff Severe Economic,<br>Emotion and Other Damage

16.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "228", "229".

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### LIBEL BY SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN,
### CHARLES B. UPDIKE, and ANDREA D. ASCHER

17.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "230" of the complaint.

18.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "231", "232", "233", "234", "235", "236", "237", "238", "239", "240", "241", "242", "243", "244", "245", "246", "247", "248", "249", "250", "251", "252", "253", "254", "255", "256", "257", "258", "259", "260", "261", "262", "263", "264", "265", "266", "267", "268", "269", "270", "271", "272", "273", "274", "275", "276", "277", "278", "279", "280", "281", "282", "283", "284", "285", "286" "287", "288", "289", "290", "291", "292", "293", "294", "295", "296", "297", "298", "299", "300", "301", "302", "303", "304", "305".

### SECOND CAUSE OF ACTION
### LIBEL PER SE BY SCHOEMAN, MINDY H. STERN, BETH L. KAUFMAN,
### CHARLES B. UPDIKE, and ANDREA D. ASCHER

19.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "306" of the complaint.

20.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "307", "308", "309", "310", "311", "312", "313", "314", "315", "316", "317", "318", "319", "320",

"321", "322", "323", "324", "325", "326", "327", "328""329", "330", "331", "332", "333", "334", "335", "336", "337", "338", "339", "340", "341", "342", "343", "344", "345", "346", "347", "348", "349", "350", "351", "352", "353", "354", "355", "356", "357", "358", "359", "360", "361", "362", "363", "364", "365", "366", "367", "368", "369", "370", "371", "372", "373", "374", "375", "376", "377", "378", "379", "380", "381".

## THIRD CAUSE OF ACTION
## DEFAMATION BY SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, and ANDREA D. ASCHER

21.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "382" of the complaint.

22.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "383", "384", "385", "386", "387", "388", "389", "390", "391", "392", "393", "394", "395", "396", "397", "398", "399", "400", "401", "402", "403", "404", "405", "406", "407", "408", "409", "410", "411", "412", "413", "414", "415", "416", "417", "418", "419", "420", "421", "422", "423", "424", "425", "426", "427", "428", "429", "430", "431", "432", "433", "434", "435", "436", "437", "438", "439", "440", "441", "442", "443", "444", "445", "446", "447", "448", "449", "450", "451", "452", "453", "454", "455", "456", "457".

## FOURTH CAUSE OF ACTION
## DEFAMATION PER SE BY SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, and ANDREA D. ASCHER

23.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "458" of the complaint.

24.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "459", "460", "461", "462", "463", "464", "465", "466", "467", "468", "469", "470", "471", "472", "473", "474", "475", "476", "477", "478", "479", "480", "481", "482", "483", "484", "485", "486", "487", "488", "489", "490", "491", "492", "493", "494", "495", "496", "497", "498", "499", "500", "501", "502", "503", "504", "505", "506", "507", "508", "509", "510", "511", "512", "513", "514", "515", "516", "517", "518", "519", "520", "521", "522", "523", "524", "525", "526", "527", "528", "529", "530", "531", "532", "533".

## FIFTH CAUSE OF ACTION
### SLANDER BY SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, and ANDREA D. ASCHER

25.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "534" of the complaint.

26.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "535", "536", "537", "538", "539", "540", "541", "542", "543", "544", "545", "546", "547", "548", "549", "550", "551", "552", "553", "554", "555", "556", "557", "558", "559", "560", "561", "562", "563", "564", "565", "566", "567", "568", "569", "570", "571", "572", "573", "574", "575", "576", "577", "578", "579", "580", "581", "582", "583", "584", "585", "586", "587", "588", "589", "590", "591", "592", "593", "594", "595", "596", "597", "598", "599", "600", "601", "602", "603", "604", "605", "606", "607", "608".

## SIXTH CAUSE OF ACTION
## SLANDER PER SE  BY SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, and ANDREA D. ASCHER

27.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "609" of the complaint.

28.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "610", "611", "612", "613", "614", "615", "616", "617", "618", "619", "620", "621", "622", "623", "624", "625", "626", "627", "628", "629", "630", "631", "632", "633", "634", "635", "636", "637", "638", "639", "640", "641", "642", "643", "644", "645", "646", "647", "648", "649", "650", "651", "652", "653", "654", "655", "656", "657", "658", "659", "660", "661", "662", "663", "664", "665", "666", "667", "668", "669", "670", "671", "672", "673", "674", "675", "676", "677", "678", "679", "680", "681", "682", "683".

## SEVENTH CAUSE OF ACTION
## LIBEL DEFAMATION AND SLANDER IN
## LAURIE ZELIGSON'S INVESTIGATION REPORT

29.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "684" of the complaint.

30.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "685", "686", "687", "688", "689", "690", "691", "692", "693", "694", "695", "696", "697", "698", "699".

## EIGHTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS
## BY MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE,
## AND ANDREA D. ASCHER

31.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated

paragraph "700" of the complaint.

32.    Denies any knowledge or information sufficient to form a belief as to the truth

of the allegations contained in the paragraphs of the complaint designated as follows: "701",

"702", "703", "704".

## NINTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS
## RELATIONS BY SCHOEMAN, MINDY H. STERN, BETH L. KAUFMAN,
## CHARLES B. UPDIKE, and ANDREA D. ASCHER

33.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated

paragraph "705" of the complaint.

34.    Denies any knowledge or information sufficient to form a belief as to the truth

of the allegations contained in the paragraphs of the complaint designated as follows: "706",

"707", "708", "709", "710", "711", "712", "713", "714", "715", "716", "717".

## TENTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY
## SHOEMAN, MINDY H. STERN, BETH L. KAUFMAN,
## CHARLES B. UPDIKE, and ANDREA D. ASCHER

35.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "718" of the complaint.

36.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "719", "720", "721", "722", "723", "724", "725", "726", "727", "728", "729", "730", "731", "732", "733", "734", "735",

37.     Denies each and every allegation contained in paragraphs "736" of the complaint.

## ELEVENTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS BY
## LAURIE ZELIGSON and THE ZELIGSON FIRM

38.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "737" of the complaint.

39.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "738", "739", "740".

40.     Denies each and every allegation contained in paragraphs "741" of the complaint.

## TWELFTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY
## LAURIE ZELIGSON and THE ZELIGSON FIRM

41.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "742" of the complaint.

42.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "743", "744", "745", "746".

43. Denies each and every allegation contained in paragraphs "747" of the complaint.

## THIRTEENTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH BUSINESS
## RELATIONS BY SUSAN S. CASERO

44.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "748" of the complaint.

45.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "749", "750", "751", "752".

## FOURTEENTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## BY SUSAN S. CASERO

46.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "753" of the complaint.

47.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "754", "755", "756", "757".

48.    Denies each and every allegation contained in paragraphs "758" of the complaint.

### FIFTEENTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF SECTION 296(1)(A) OF THE
### NEW YORK EXECUTIVE LAW – UNLAWFUL DISCHARGE FROM
### EMPLOYMENT BECAUSE OF AGE

49.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "759" of the complaint.

50.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "760", "761", "762", "763", "764".

### SIXTEENTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF SECTION 296(1)(a) of the
### NEW YORK EXECUTIVE LAW – DISCRIMINATION AGAINST PLAINTIFF
### IN COMPENSATION AND IN THE TERMS, CONDITIONS,
### AND PRIVILEGES OF HER EMPLOYMENT BECAUSE OF AGE

51.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "765" of the complaint.

52.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "766", "767", "768", "769".

## SEVENTEENTH CAUSE OF ACTION
## VIOLATION OF SECTION 296(1)(D) OF THE NEW YORK EXECUTIVE LAW PRINTING AND CIRCULATION OF STATEMENTS EXPRESSING DISCRIMINATION AS TO AGE AND AN INTENT TO DISCRIMINATE AS TO AGE

53.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "770" of the complaint.

54.    Denies each and every allegation contained in paragraphs "771", "772", "773" of the complaint.

## EIGHTEENTH CAUSE OF ACTION
## VIOLATION OF SECTIONS 296(1)(E) AND 296(7) OF THE NEW YORK EXECUTIVE LAW- UNLAWFUL RETALIATION AND DISCRIMINATION

55.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "774" of the complaint.

56.    Denies each and every allegation contained in paragraphs "775", "778", "779" of the complaint.

57.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "776", "777" and leave(s) all questions of law to the Court for determination at time of trial.

58.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "780", "781" and "782"

## NINETEENTH CAUSE OF ACTION
## VIOLATION OF SECTION 296(3)(a) OF THE
## NEW YORK EXECUTIVE LAW – UNLAWFUL DISCHARGE
## FROM EMPLOYMENT BECAUSE OF AGE

59.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "783" of the complaint.

60.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "784", "785", "786", "787", "788".

## TWENTIETH CAUSE OF ACTION
## VIOLATION OF SECTION 296(3)(A) OF THE NEW YORK
## EXECUTIVE LAW – DISCRIMINATION AGAINST PLAINTIFF
## IN COMPENSATION AND IN THE TERMS, CONDITIONS,
## AND PRIVILEGES OF HER EMPLOYMENT BECAUSE OF AGE

61.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "789" of the complaint.

62.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "790", "791", "792", "793".

## TWENTY-FIRST CAUSE OF ACTION
## VIOLATION OF SECTION 296(3)(B) OF THE NEW YORK
## EXECUTIVE LAW – PRINTING AND CIRCULATING
## STATEMENTS EXPRESSING DISCRIMINATION
## AS TO AGE AND AN INTENT TO MAKE SUCH DISCRIMINATION

63.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "794" of the complaint.

64.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "795", "796", "797".

## TWENTY-SECOND CAUSE OF ACTION
## VIOLATION OF SECTION 296(3)(C) OF THE NEW YORK
## EXECUTIVE LAW – UNLAWFUL RETALIATION AND DISCRIMINATION

65.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "798" of the complaint.

66.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "799", "800" and leave(s) all questions of law to the Court for determination at time of trial.

67.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "801", "802", "803", "804", "805", "806".

## TWENTY-THIRD CAUSE OF ACTION
## VIOLATION BY LAURIE ZELIGSON OF SECTION
## 296(6) OF THE NEW YORK EXECUTIVE LAW

68.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "807" of the complaint.

69.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "808", "809", "810", "811".

### TWENTY-FOURTH CAUSE OF ACTION
### VIOLATION BY MINDY H. STERN OF SECTION 296(6)
### OF THE NEW YORK EXECUTIVE LAW

70.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "812" of the complaint.

71.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "813", "814", "815", "816", "817", "818".

### TWENTY-FIFTH CAUSE OF ACTION
### VIOLATION BY BETH L. KAUFMAN OF SECTION
### 296(6) OF THE NEW YORK EXECUTIVE LAW

72.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "819" of the complaint.

73.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "820", "821", "822", "823", "824", "825", "826", "827".

### TWENTY-SIXTH CAUSE OF ACTION
### VIOLATION BY CHARLES B. UPDIKE OF SECTION
### <u>296(6) OF THE NEW YORK EXECUTIVE LAW</u>

74.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "828" of the complaint.

75.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "829", "830", "831", "832", "833", "834", "835", "836".

### TWENTY-SEVENTH CAUSE OF ACTION
### VIOLATION BY ANDREA D. ASCHER OF
### <u>SECTION 295(6) OF THE NEW YORK EXECUTIVE LAW</u>

76.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "837" of the complaint.

77.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "838", "839", "840", "841", "842", "843", "844".

### TWENTY-EIGHTH CAUSE OF ACTION
### CINDY NYGAARD'S VIOLATION OF SECTION
### <u>296(6) OF THE NEW YORK EXECUTIVE LAW</u>

78.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "845" of the complaint.

79.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "846", "847", "848", "849", "850", "851", "852", "853", "854".

### TWENTY-NINTH CAUSE OF ACTION
### VERONICA LAW'S VIOLATION OF SECTION 296(6) OF
### THE NEW YORK EXECUTIVE LAW

80.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "855" of the complaint.

81.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "856", "857", "858".

### THIRTIETH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF SECTION 8-107 OF THE NYC
### ADMINISTRATIVE CODE – UNLAWFUL DISCHARGE
### FROM EMPLOYMENT BECAUSE OF AGE

82.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "859" of the complaint.

83.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "860", "861", "862", "863", "864".

**THIRTY-FIRST CAUSE OF ACTION**
**SCHOEMAN'S VIOLATION OF SECTION 8-107(1)(A) OF THE**
**NEW YORK CITY ADMINISTRATIVE CODE – DISCRIMINATION**
**AGAINST PLAINTIFF IN COMPENSATION AND IN THE**
**TERMS, CONDITIONS, AND PRIVILEGES OF HER EMPLOYMENT**

84.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "865" of the complaint.

85.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "866", "867", "868", "869".

**THIRTY-SECOND CAUSE OF ACTION**
**VIOLATION OF SECTION 8-107(1)(D) OF THE NEW YORK CITY**
**ADMINISTRATIVE CODE-DECLARATION, PRINTING AND**
**CIRCULATION OF STATEMENTS EXPRESSING**
**DISCRIMINATION AS TO AGE AND AN**
**INTENT TO DISCRIMINATE AS TO AGE**

86.     Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "870" of the complaint.

87.     Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "871", "872", "873".

## THIRTY-THIRD CAUSE OF ACTION
## VIOLATION OF SECTION 8-107(7) OF THE NEW YORK CITY
## ADMINISTRATIVE CODE- UNLAWFUL RETALIATION AND DISCRIMINATION

88.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "874" of the complaint.

89.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "875", "876", "877", "878", "879", "880", "881".

## THIRTY-FOURTH CAUSE OF ACTION
## VIOLATION OF SECTION 8-107(13) OF THE NEW YORK CITY
## ADMINISTRATIVE CODE – SCHOEMAN'S LIABILITY
## FOR DISCRIMINATORY CONDUCT BY ITS EMPLOYEES,
## AGENTS, AND INDEPENDENT CONTRACTORS

90.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "882" of the complaint.

91.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "884", "886", "887", "888".

93.    Denies each and every allegation contained in paragraph "885" of the complaint.

### THIRTY-FIFTH CAUSE OF ACTION
### MINDY H. STERN'S VIOLATION OF SECTIONS 8-107(1)(A)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE –DISCHARGE
### FROM EMPLOYMENT AND DISCRIMINATION IN THE TERMS,
### <u>CONDITIONS AND PRIVILEGES OF EMPLOYMENT</u>

94.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "889" of the complaint.

95.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "890", "891".

### THIRTY-SIXTH CAUSE OF ACTION
### BETH L. KAUFMAN'S VIOLATION OF SECTIONS 8-107(1)(A)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE – DISCHARGE
### FROM EMPLOYMENT AND DISCRIMINATION IN THE
### <u>TERMS, CONDITIONS, AND PRIVILEGES OF EMPLOYMENT</u>

96.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "892" of the complaint.

97.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "893", "894".

### THIRTY-SEVENTH CAUSE OF ACTION
### CHARLES B. UPDIKE'S VIOLATION OF SECTIONS 8-107.1(A)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE-DISCHARGE
### FROM EMPLOYMENT AND DISCRIMINATION IN THE TERMS,
### CONDITIONS AND PRIVILEGES OF EMPLOYMENT

98.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "895" of the complaint.

99.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "896", "897".

### THIRTY-EIGHTH CAUSE OF ACTION
### ANDREA D. ASCHER'S VIOLATION OF SECTION 8-107(1)(A)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE – DISCHARGE
### FROM EMPLOYMENT AND DISCRIMINATION IN THE TERMS,
### CONDITIONS AND PRIVILEGES OF EMPLOYMENT

100.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "898" of the complaint.

101.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "899", "900".

**THIRTY-NINTH CAUSE OF ACTION**
**CINDY NYGAARD'S VIOLATION OF SECTION 8-107(1)(A) OF THE**
**NEW YORK CITY ADMINISTRATIVE CODE – DISCRIMINATION**
**IN THE TERMS, CONDITIONS, AND PRIVILEGES OF HER EMPLOYMENT**

102.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "901" of the complaint.

103.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "902", "903".

**FORTIETH CAUSE OF ACTION**
**VIOLATION OF MINDY H. STERN, BETH L. KAUFMAN,**
**CHARLES B. UPDIKE AND ANDREA D. ASCHER OF**
**SECTION 8-107(1)(D) OF THE NEW YORK CITY**
**ADMINISTRATIVE CODE-DECLARATION, PRINTING AND**
**CIRCULATION OF STATEMENTS EXPRESSING DISCRIMINATION**
**AS TO AGE AND AN INTENT TO DISCRIMINATE AS TO AGE**

104.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "904" of the complaint.

105.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "905", "906", "907" "908", "909".

## FORTY-FIRST CAUSE OF ACTION
## VIOLATION OF SECTION 8-107(6) OF THE NEW YORK CITY
## ADMINISTRATIVE CODE – AIDING AND ABETTING

106.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "910" of the complaint.

107.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "911", "912".

## FORTY-SECOND CAUSE OF ACTION
## VIOLATION BY MINDY H. STERN, BETH L. KAUFMAN,
## CHARLES B. UPDIKE AND ANDREA D. ASCHER OF SECTION
## 8-107(7) OF THE NEW YORK CITY ADMINISTRATIVE CODE - RETALIATION

108.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "913" of the complaint.

109.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "914", "915".

## FORTY-THIRD CAUSE OF ACTION
## SCHOEMAN'S VIOLATION OF SECTION 296(1)(A)
## OF THE NEW YORK EXECUTIVE LAW-UNLAWFUL
## DISCHARGE FROM EMPLOYMENT BECAUSE OF CREED

110.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "916" of the complaint.

111.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "917", "918", "919", "920", "921", "922".

### FORTY-FOURTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF SECTION 296(1)(A) OF THE NEW YORK EXECUTIVE LAW-DISCRIMINATION AGAINST PLAINTIFF IN COMPENSATION AND IN THE TERMS, CONDITION, AND PRIVILEGES OF HER EMPLOYMENT BECAUSE OF PLAINTIFF'S RELIGIOUS BELIEFS

112.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "923" of the complaint.

113.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "924", "925", "926".

### FORTY-FIFTH CAUSE OF ACTION
### VIOLATION OF SECTION 296(1)(D) OF THE NEW YORK EXECUTIVE LAW-PRINTING AND CIRCULATION OF STATEMENTS EXPRESSING DISCRIMINATION AS TO CREED AND AN INTENT TO DISCRIMINATE AS TO CREED

114.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "927" of the complaint.

115.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "928", "929", "930", "931", "932", "933".

## FORTY-SIXTH CAUSE OF ACTION
## VIOLATION OF SECTIONS 296(1)(E) AND (296(7) OF THE
## NEW YORK EXECUTIVE LAW-UNLAWFUL RETALIATION AND
## DISCRIMINATION

116.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "934" of the complaint.

117.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "935", "936", "937", "938, "939", "940".

## FORTY-SEVENTH CAUSE OF ACTION
## VIOLATION OF SECTION 296(3)-A(C) OF THE NEW YORK
## EXECUTIVE LAW-UNLAWFUL RETALIATION AND DISCRIMINATION

118.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "941" of the complaint.

119.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "942", "943", "944", "945", "946".

## FORTY-EIGHTH CAUSE OF ACTION
## VIOLATION BY LAURIE S. ZELIGSON OF
## <u>SECTION 296(6) OF THE NEW YORK EXECUTIVE LAW</u>

120.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "947" of the complaint.

121.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "948", "949", "950", "951".

## FORTY-NINTH CAUSE OF ACTION
## VIOLATION BY SUSAN S. CASERO OF SECTION
## <u>296(6) OF THE NEW YORK EXECUTIVE LAW</u>

122.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "952" of the complaint.

123.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "953", "954", "955".

## FIFTIETH CAUSE OF ACTION
## <u>VIOLATION OF SECTION 296(6) OF THE NEW YORK EXECUTIVE LAW</u>

124.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "956" of the complaint.

125.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "957", "958", "959", "960", "961", "962", "963".

### FIFTY-FIRST CAUSE OF ACTION
### VIOLATION BY CINDY NYGAARD OF SECTION 296(6)
### OF THE NEW YORK EXECUTIVE LAW

126.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "964" of the complaint.

127.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "965", "966", "967", "968", "969", "970".

### FIFTY-SECOND CAUSE OF ACTION
### VIOLATION OF SECTION 8-107 OF THE NYC
### ADMINISTRATIVE CODE-UNLAWFUL DISCHARGE
### FROM EMPLOYMENT BECAUSE OF CREED

128.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "971" of the complaint.

129.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "972", "973", "974", "975", "976", "977".

## FIFTY-THIRD CAUSE OF ACTION
## SCHOEMAN'S VIOLATION OF SECTION 8-107(1)(A) OF THE NEW YORK CITY ADMINISTRATIVE CODE – DISCRIMINATION AGAINST PLAINTIFF IN COMPENSATION AND IN THE TERMS, CONDITIONS AND PRIVILEGES OF HER EMPLOYMENT

130.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "978" of the complaint.

131.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "979", "980", "981", "982", "983", "984", "985", "986", "987".

## FIFTY-FOURTH CAUSE OF ACTION
## VIOLATION OF SECTION 8-107(1)(D) OF THE NEW YORK CITY ADMINISTRATIVE CODE-DECLARATION, PRINTING AND CIRCULATION OF STATEMENTS EXPRESSING DISCRIMINATION AS TO THE CREED AND AN INTENT TO DISCRIMINATE AS TO CREED

132.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "988" of the complaint.

133.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "989", "990", "991", "992", "993", "994".

### FIFTY-FIFTH CAUSE OF ACTION
### VIOLATION OF SECTION 8-107(7) OF THE NEW YORK
### CITY ADMINISTRATIVE CODE-UNLAWFUL
### <u>RETALIATION AND DISCRIMINATION</u>

134.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "995" of the complaint.

135.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "996", "997", "998", "999".

### FIFTY-SIXTH CAUSE OF ACTION
### SCHOEMAN'S LIABILITY UNDER SECTION 8-107(13)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE-SCHOEMAN'S
### LIABILITY FOR DISCRIMINATORY CONDUCT BY ITS
### <u>EMPLOYEES, AGENTS, AND INDEPENDENT CONTRACTORS</u>

136.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1000" of the complaint.

137.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1001", "1002", "1003", "1004", "1005", "1006".

## FIFTY-SEVENTH CAUSE OF ACTION
### VIOLATION BY MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE and ANDREA D. ASCHER OF SECTIONS 8-107(1)(A) OF THE NEW YORK CITY ADMINISTRATIVE CODE-DISCHARGE FROM EMPLOYMENT AND DISCRIMINATION IN THE TERMS, CONDITIONS, AND PRIVILEGES OF EMPLOYMENT

138.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1007" of the complaint.

139.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1008", "1009".

## FIFTY-EIGHTH CAUSE OF ACTION
### CINDY NYGAARD'S VIOLATION OF SECTIONS 8-107(1)(A) OF THE NEW YORK CITY ADMINISTRATIVE CODE – DISCRIMINATION IN THE TERMS, CONDITIONS, AND PRIVILEGES OF EMPLOYMENT

140.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1010" of the complaint.

141.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1011", "1012", "1013".

## FIFTY-NINTH CAUSE OF ACTION
## VIOLATION BY MINDY H. STERN, BETH L. KAUFMAN
## CHARLES B. UPDIKE AND ANDREA D. ASCHER OF
## SECTION 8-107(1)(D) OF THE NEW YORK CITY
## ADMINISTRATIVE CODE-DECLARATION, PRINTING AND
## CIRCULATION OF STATEMENTS EXPRESSING DISCRIMINATION
## AS TO CREED AND AN INTENT TO DISCRIMINATE AS TO CREED

142.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1014" of the complaint.

143.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1015", "1016".

## SIXTIETH CAUSE OF ACTION
## VIOLATION BY MINDY H. STERN, BETH L. KAUFMAN,
## CHARLES B. UPDIKE AND ANDREA D. ASCHER OF SECTION
## 8-107(6) OF THE NEW YORK CITY ADMINISTRATIVE
## CODE-AIDING AND ABETTING

144.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1017" of the complaint.

145.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1018", "1019".

### SIXTY-FIRST CAUSE OF ACTION
### CINDY NYGAARD'S VIOLATION OF SECTION 8-107(6)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE –
### AIDING AND ABETTING

146.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1020" of the complaint.

147.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1021", "1022", "1023".

### SIXTY-SECOND CAUSE OF ACTION
### SUSAN S. CASERO'S VIOLATION OF SECTION 8-107(6)
### OF THE NEW YORK CITY ADMINISTRATIVE CODE –
### AIDING AND ABETTING

148.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1024" of the complaint.

149.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1025", "1026", "1027".

**SIXTY-THIRD CAUSE OF ACTION**
**VIOLATION BY BETH L. KAUFMAN, MINDY H. STERN,**
**CHARLES B. UPDIKE AND ANDREA D. ASCHER OF**
**SECTION 8-107(7) OF THE NEW YORK CITY**
**ADMINISTRATIVE CODE-RETALIATION**

150.   Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1028" of the complaint.

151.   Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1029", "1030".

**SIXTY-FOURTH CAUSE OF ACTION**
**SCHOEMAN'S VIOLATION OF TITLE VII OF**
**THE CIVIL RIGHTS ACT OF 1964**

152.   Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1031" of the complaint.

153.   Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1032" and leave(s) all questions of law to the Court for determination at time of trial.

154.   Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1033", "1034", "1035".

### SIXTY-FIFTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF TITLE VII
### OF THE CIVIL RIGHTS ACT OF 1964

155.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1036" of the complaint.

156.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1037", "1038", "1039", "1040".

### SIXTY-SIXTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF TITLE VII
### OF THE CIVIL RIGHTS ACT OF 1964

157.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1041" of the complaint.

158.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1042", "1043", "1044", "1045".

### SIXTY-SEVENTH CAUSE OF ACTION
### SCHOEMAN'S VIOLATION OF SECTION 740
### OF THE NYS LABOR LAW

159.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1046" of the complaint.

160.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1047", "1048", "1049", "1050", "1051", "1052", "1053", "1054".

## SIXTY-EIGHTH CAUSE OF ACTION
## SCHOEMAN'S VIOLATION OF SECTION 200(1)
## OF THE NYS LABOR LAW

161.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1055" of the complaint.

162.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1056", "1057", "1058", "1059".

## SIXTY-NINTH CAUSE OF ACTION
## SCHOEMAN'S VIOLATION OF SECTION 241 OF THE NYS LABOR LAW

163.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1060" of the complaint.

164.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1061", "1062", "1063", "1064", "1065".

## SEVENTIETH CAUSE OF ACTION
## FRENCH PARTNERS, LLC'S VIOLATION OF
## <u>SECTION 200 OF THE NEW YORK STATE LABOR LAW</u>

165.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1066" of the complaint.

166.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1067", "1068", "1069", "1070", "1071", "1072".

167.    Denies each and every allegation contained in paragraphs "1073" and "1074" of the complaint.

## SEVENTY-FIRST CAUSE OF ACTION
## FRENCH PARTNERS, LLC'S VIOLATION OF SECTION 241
## <u>OF THE NEW YORK SATE LABOR LAW</u>

168.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1075" of the complaint.

169.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1076", "1077", "1078", "1079", "1080".

170.    Denies each and every allegation contained in paragraphs "1081", "1082" of the complaint.

## SEVENTY-SECOND CAUSE OF ACTION
## FRENCH PARTNERS, LLC'S NEGLIGENCE

171.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1083" of the complaint.

172.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1084", "1085", "1086", "1087", "1088".

173.    Denies each and every allegation contained in paragraph "1089" of the complaint.

## SEVENTY-THIRD CAUSE OF ACTION
## VIOLATION OF SECTION 200 OF THE NEW YORK
## STATE LABOR LAW BY THE FEIL ORGANIZATION, INC.

174.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1090" of the complaint.

175.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1091, "1092", "1093", "1094", "1095", "1096", "1097".

176.    Denies each and every allegation contained in paragraph "1098" of the complaint.

## SEVENTY-FOURTH CAUSE OF ACTION
## THE FEIL ORGANIZATION'S VIOLATION OF
## SECTION 241 OF THE NEW YORK STATE LABOR LAW

177.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1099" of the complaint.

178.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1100", "1101", "1102", "1103", "1104", "1105", "1106".

179.    Denies each and every allegation contained in paragraph "1107" of the complaint.

## SEVENTY-FIFTH CAUSE OF ACTION
## FRENCH PARTNERS, LLC'S NEGLIGENCE

180.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1108" of the complaint.

181.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1109", "1110", "1111", "1112", "1113", "1114".

182.    Denies each and every allegation contained in paragraph "1115" of the complaint.

## SEVENTY-SIXTH CAUSE OF ACTION
## VIOLATION OF SECTION 200 OF THE NEW YORK
## STATE LABOR LAW BY JEFFREY MANAGEMENT CORP.

183.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1116" of the complaint.

184.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1117", "1118", "1119", "1120", "1121", "1122", "1123".

185.    Denies each and every allegation contained in paragraph "1124" of the complaint.

### SEVENTY-SEVENTH CAUSE OF ACTION
### JEFFREY MANAGEMENT CORP.'S VIOLATION OF
### SECTION 241 OF THE NEW YORK STATE LABOR LAW

186.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1125" of the complaint.

187.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1126", "1127", "1128", "1129", "1130", "1131", "1132".

188.    Denies each and every allegation contained in paragraph "1133" of the complaint.

### SEVENTY-EIGHTH CAUSE OF ACTION
### JEFFREY MANAGEMENT CORP.'S NEGLIGENCE

189.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1134" of the complaint.

190.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1135", "1136", "1137", "1138", "1139", "1140".

191. Denies each and every allegation contained in paragraph "1141" of the complaint.

## SEVENTY-NINTH CAUSE OF ACTION
## VIOLATION OF SECTION 200 OF THE NEW YORK
## STATE LABOR LAW BY JEFFREY FEIL

192. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1142" of the complaint.

193. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1143", "1144", "1145", "1146", "1147", "1148", "1149", "1150".

194. Denies each and every allegation contained in paragraph "1151" of the complaint.

## EIGHTIETH CAUSE OF ACTION
## JEFFREY FEIL'S VIOLATION OF SECTION 241
## OF THE NEW YORK STATE LABOR LAW

195. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1152" of the complaint.

196. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1153", "1154", "1155", "1156", "1157", "1158", "1159".

197. Denies each and every allegation contained in paragraph "1160" of the complaint.

## EIGHTY-FIRST CAUSE OF ACTION
## <u>JEFFREY FEIL'S NEGLIGENCE</u>

198.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1161" of the complaint.

199.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1162", "1163", "1164", "1165", "1166", "1167".

200.    Denies each and every allegation contained in paragraph "1168" of the complaint.

## EIGHTY-SECOND CAUSE OF ACTION
## INTERIOR CONSTRUCTION CORP.'S VIOLATION OF
## <u>SECTION 200 OF THE NEW YORK STATE LABOR LAW</u>

201.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1169" of the complaint.

202.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1170", "1171", "1172", "1173", "1174", "1175".

203.    Denies each and every allegation contained in paragraph "1176" of the complaint.

## EIGHTY-THIRD CAUSE OF ACTION
## INTERIOR CONSTRUCTION CORP.'S VIOLATION OF
## SECTION 241 OF THE NEW YORK STATE LABOR LAW

204.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1177" of the complaint.

205.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1178", "1179", "1180", "1181", "1182", "1183".

206.    Denies each and every allegation contained in paragraph "1184" of the complaint.

## EIGHTY-FOURTH CAUSE OF ACTION
## INTERIOR CONSTRUCTION CORP.'S NEGLIGENCE

207.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1185" of the complaint.

208.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1186", "1187", "1188", "1189".

209.    Denies each and every allegation contained in paragraph "1190" of the complaint.

## EIGHTY-FIFTH CAUSE OF ACTION
## VIOLATION OF SECTION 200 OF THE NEW YORK
## STATE LABOR LAW BY JOSEPH BRUZZESE

210.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1191" of the complaint.

211.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1192", "1193", "1194", "1195", "1196", "1197", "1198", "1199".

212.    Denies each and every allegation contained in paragraph "1200" of the complaint.

## EIGHTY-SIXTH CAUSE OF ACTION
## JOSEPH BRUZZESE'S VIOLATION OF SECTION
## 241 OF THE NEW YORK STATE LABOR LAW

213.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1201" of the complaint.

214.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1202", "1203", "1204", "1205", "1206", "1207", "1208".

215.    Denies each and every allegation contained in paragraph "1209" of the complaint.

## EIGHTY-SEVENTH CAUSE OF ACTION
## JOSEPH BRUZZESE'S NEGLIGENCE

216.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1210" of the complaint.

217.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1211", "1212", "1213", "1214". "1215".

218.    Denies each and every allegation contained in paragraph "1216" of the complaint.

## EIGHTY-EIGHTH CAUSE OF ACTION
## JOHN FRANCIS BORRELLI ARCHITECT, PC and
## JOHN FRANCIS BORRELLI'S VIOLATION OF
## 200 OF THE NEW YORK STATE LABOR LAW

219.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1217" of the complaint.

220.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1218", "1219", "1220", "1221". "1222".

221.    Denies each and every allegation contained in paragraph "1223" of the complaint.

## EIGHTY-NINTH CAUSE OF ACTION
## JOHN FRANCIS BORRELLI ARCHITECT, P.C. and
## JOHN FRANCIS BORRELLI'S VIOLATION OF SECTION
## 241 OF THE NEW YORK STATE LABOR LAW

222.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1224" of the complaint.

223.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1225", "1226", "1227", "1228". "1229".

224.    Denies each and every allegation contained in paragraph "1230" of the complaint.

## NINETIETH CAUSE OF ACTION
## JOHN FRANCIS BORRELLI, P.C., and
## JOHN FRANCIS BORRELLI'S NEGLIGENCE

225.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1231" of the complaint.

226.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1232", "1233", "1234", "1235".

227.    Denies each and every allegation contained in paragraph "1236" of the complaint.

## NINETY-FIRST CAUSE OF ACTION
## VIOLATION OF SECTION 241(10) OF THE
## NEW YORK STATE LABOR LAW

228. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1237" of the complaint.

229. Denies each and every allegation contained in paragraph "1238" of the complaint.

230. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1239", "1240", "1241", "1242".

## NINETY-SECOND CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH CONTRACTUAL
## RELATIONS BY MADISON 96 ASSOCIATES, LLC
## STUART J. BOESKY and JAMISON WEINER

231. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1243" of the complaint.

232. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1244", "1245", "1246", "1247", "1248".

### NINETY-THIRD CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY MADISON
### 96 ASSOCIATES, LLC, STUART J. BOESKY AND JAMISON WEINER

233.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1249" of the complaint.

234.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1250", "1251", "1252", "1253","1254".

### NINETY-FOURTH CAUSE OF ACTION
### TORTIOUS INTERFERENCE WITH CONTRACTUAL
### RELATIONS BY REED SMITH LLP and PAUL E. BREENE

235.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1255" of the complaint.

236.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1256", "1257", "1258", "1259","1260".

### NINETY-FIFTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY
### REED SMITH LLP and PAUL E. BREENE

237.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1261" of the complaint.

238. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1262", "1263", "1264", "1265", "1266".

239. Denies each and every allegation contained in paragraph "1267" of the complaint.

## NINETY-SIXTH CAUSE OF ACTION
## NEGLIGENCE

240. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1268" of the complaint.

241. Denies each and every allegation contained in paragraphs "1269","1271","1272","1273" of the complaint.

242. Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1270", "1274".

## NINETY-SEVENTH CAUSE OF ACTION
## BREACH OF CONTRACT

243. Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1275" of the complaint.

244. Denies each and every allegation contained in paragraphs "1276","1277","1278","1279" of the complaint.

**NINETY-EIGHTH CAUSE OF ACTION**
**TORTIOUS INTERFERENCE WITH CONTRACTUAL**
**RELATIONS BY FRENCH PARTNERS, LLC, THE FEIL**
**ORGANIZATION, JEFFREY MANAGEMENT CORP.,**
**JEFFREY FEIL, JOHN FRANCIS BORRELLI**
**ARCHITECT, P.C. AND JOHN BORRELLI**

245.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated

paragraph "1280" of the complaint.

246.    Denies any knowledge or information sufficient to form a belief as to the truth

of the allegations contained in the paragraphs of the complaint designated as follows: "1281",

"1282", "1283", "1284", "1285".

**NINETY-NINTH CAUSE OF ACTION**
**TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS BY**
**INTERIOR CONSTRUCTION CORP. and JOSEPH BRUZZESE**

247.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated

paragraph "1286" of the complaint.

248.    Denies any knowledge or information sufficient to form a belief as to the truth

of the allegations contained in the paragraphs of the complaint designated as follows: "1287",

"1288", "1289", "1290".

249.    Denies each and every allegation contained in paragraph "1291" of the

complaint.

**ONE HUNDREDTH CAUSE OF ACTION**
**TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS BY**
**CREATIVE ENVIRONMENT SOLUTIONS CORP., H&B**
**CONSTRUCTION SERVICES, INC., M&B CONSTRUCTION,**
**AND M&B CONSTRUCTION SERVICES**

250.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1292" of the complaint.

251.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1293",

252.    Denies each and every allegation contained in paragraph "1294","1295","1296", of the complaint.

**ONE HUNDREDTH AND FIRST CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY**
**FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION,**
**JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS**
**BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI**
**INTERIOR CONSTRUCTION CORP. AND JOSEPH BRUZZESE**

253.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations set forth in paragraphs  "1" through "229" of the complaint with the same force and effect as if herein set forth at length in answer to the allegations set forth in paragraph designated paragraph "1297" of the complaint.

254.    Denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in the paragraphs of the complaint designated as follows: "1298", "1299", "1300", "1301", "1302",

255.    Denies each and every allegation contained in paragraph "1303"," of the complaint.

## ONE HUNDREDTH AND SECOND CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY
## CREATIVE ENVIRONMENT SOLUTIONS CORP., H&B
## CONSTRUCTION SERVICES, INC., M&B CONSTRUCTION,
## AND M&B CONSTRUCTION SERVICES

256.    Repeat(s) and reiterate(s) each and every admission and denial to the allegations

set forth in paragraphs "1" through "229" of the complaint with the same force and effect as if

herein set forth at length in answer to the allegations set forth in paragraph designated

paragraph "1304" of the complaint.

257.    Denies each and every allegation contained in paragraph

"1305","1306","1307","1308","1309", of the complaint.

## RELIEF REQUESTED

258.    Denies each and every allegation under RELIEF REQUESTED in the

WHEREFORE clause paragraphs numbered: "1", "2", "3", "4", "5", "6", "7", "8", "9", "10",

"11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26",

"27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42",

"43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58",

"59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74",

"75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "86", "87", "88", "89", "90",

"91", "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "102"

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

That the plaintiff had knowledge or, appreciated and voluntarily encountered the risks incident to the activities in which she was engaged as alleged in the complaint. The injuries alleged by the plaintiff were caused by or arose out of such risks assumed by her.

Any injuries or damages allegedly sustained by the plaintiff were caused or contributed to in whole or in part by the plaintiff's failure to mitigate said injuries or damages, and if any judgment is recovered against the defendant(s), said judgment should be apportioned and reduced by the percentage of the plaintiff's failure to mitigate said injuries or damages.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for medical care, custodial care or rehabilitative services, loss of earnings or other economic loss, has been or will with reasonable certainty be replaced or indemnified in whole or in part from a collateral source.

If any damages are recoverable against the answering defendant, the amount of such damages shall be diminished by the amount of the funds which plaintiff has or shall receive from such collateral sources.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The plaintiff fails to state a viable cause of action against the answering defendant.

### AS AND FOR A FIFTHS AFFIRMATIVE DEFENSE

Any injuries or damages allegedly sustained by the plaintiff were caused or contributed to in whole or in part by the plaintiff's failure to mitigate said injuries or damages, and if any judgment is recovered against the defendant(s) , said judgment should be apportioned and reduced by the percentage of the plaintiff's failure to mitigate said injuries or damages.

**AS AND FOR A FIRST CROSS-CLAIM AGAINST CO-DEFENDANTS
SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP,
MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE
ZELIGSON, THE ZELIGSON LAW FIRM, PAUL E. BREENE, REED SMITH LLP,
MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP.,
M&B CONSTRUCTION and M&B CONSTRUCTION SERVICES
DEFENDANT H&B CONSTRUCTION SERVICES, INC..., ALLEGES AS FOLLOWS:**

The defendant, H&B CONSTRUCTION SERVICES, INC.. alleges the following as and for a CROSS-CLAIM against the co-defendants: SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER, LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH, LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI INTERIOR CONSTRUCTION CORP. JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., M&B CONSTRUCTION and M&B CONSTRUCTION SERVICES.

That if the plaintiff sustained the damages alleged in the complaint through any negligence and/or culpable conduct other than her own, such damages were caused by and resulted from the negligence and/or culpable conduct of said co-defendants.

In the event that the plaintiff recovers judgment against answering defendant(s), then said co-defendants will be liable to answering defendant, in whole or in the part, for said judgment.

**AS AND FOR A SECOND CROSS-CLAIM AGAINST CO-DEFENDANTS
SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP,
MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE
ZELIGSON, THE ZELIGSON LAW FIRM, PAUL E. BREENE, REED SMITH LLP,
MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY
MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP.,
M&B CONSTRUCTION and M&B CONSTRUCTION SERVICES
DEFENDANT H&B CONSTRUCTION SERVICES, INC.., ALLEGES AS FOLLOWS:**

That if the plaintiff suffered any injuries or damages, through negligence other than

their own and if the plaintiff should thereby recover any judgment against these answering

defendants, such recovery will have been brought about and caused by the active, affirmative

and primary negligence of the defendant, SCHOEMAN UPDIKE KAUFMAN STERN &

ASCHER, LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE,

ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW,

LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH, LLP,

MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH

PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP.,

JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS

BORRELLI INTERIOR CONSTRUCTION CORP. JOSEPH BRUZZESE, CREATIVE

ENVIRONMENT SOLUTIONS CORP., M&B CONSTRUCTION and M&B

CONSTRUCTION SERVICES., their agents, servants and/or employees without any active or

affirmative negligence on the part of this defendant contributing thereto, and defendant,, will

thereby be obliged indemnify this answering defendant for any judgment that may be recovered

against it by reason of the occurrence mentioned and described in the plaintiff's complaint.

**WHEREFORE**, the defendant(s) H&B CONSTRUCTION SERVICES, INC.

demand(s) a judgment dismissing the complaint herein as to the answering defendant(s) and

further demand(s) that the ultimate rights of the defendant(s) H&B CONSTRUCTION SERVICES, INC. and SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER, LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH, LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORRELLI INTERIOR CONSTRUCTION CORP. JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., M&B CONSTRUCTION and M&B CONSTRUCTION SERVICES as between themselves be determined in this action, and that the defendant(s) H&B CONSTRUCTION SERVICES, INC. have judgment over and against for all or part of any verdict which may be obtained herein by the plaintiff against the defendant(s) together with the costs and disbursements of the action plus all attorneys' fees and all other costs herein.

DATED:  New York, NY
         May 2, 2014

                                 Yours, etc.

                                 EPSTEIN, GIALLEONARDO, HARMS &
                                 MCDONALD
                                 Attorneys for Defendant
                                 H&B CONSTRUCTION SERVICES, INC.
                                 One Whitehall Street – 13TH Floor
                                 New York, NY 10004-2109
                                 Phone: (212) 248-9100
                                 File No.:  14-009966

                                 By: /s/ Michael P. Beckley

TO:
RONIT D. APPEL, Pro Se
Plaintiff and Attorney for Plaintiff
322 West 78th Street
New York, New York 10024
ronitdappell@gmail.com
(347) 387-6100

PROSKAUER ROSE, LLP
Attorneys for Defendants
Schoeman Updike Kaufman Stern
& Ascher LLP, Mindy H. Stern,
Beth L. Kaufman, Charles B. Updike,
Andrea D Ascher, Susan S. Casero,
Cindy Nygaard and Veronica Law
11 Time Square
New York, New York 10036
212 969-3065

GORDON & REESE, LLP
By: Lee Henig-Elona, Esq.
Attorneys for Defendants
French Partners, LLC
The Feil Organization Inc.
Jeffrey Management Corp, and
Jeffrey Feil
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07093
973 549-2520

RABINOWITZ & GALINA
By: Maxwell J. Rubin, Esq.
Attorneys for Defendants
Interior Construction Corp.
And Joseph Bruzzese
94 Willis Avenue
Mineola, NY 11501
347 387-6100

HARNICK LAW FIRM
By: Stephen M. Harnick , Esq.
Attorneys for Defendants
Madison 96 Associates, L.L.C
623 Fifth Avenue, 24th Floor
New York, NY 10022-6831

212-599-7575

BRESSLER, AMERY & ROSS, PC
Nikolas S Komyati, Esq.
Attorneys for Defendant
Creative Environment Solutions Corp.
17 State Street
New York, NY 10004
212 425 9300


CATALANO GALLARDO & PETROPOULOS, LLP
Mili Makhijani, Esq.
Attorneys for Defendant
The Zeligson Firm
And Laurie Zeligson
100 Jericho Quadrangle
Suite 326
Jericho, NY 11753
516-931-1800


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP(White Plains)
James Francis O'Brien , Esq.
Attorneys for John Francis Borrelli
And John Francis Borrelli Architects, P.C.
1133 Westchester Avenue
White Plains, NY 10604
(914)-323-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RONIT D. APPEL, | : | |
| **Plaintiff,** | : | No. 14-cv-2065 (AJN/DF) |
| | : | |
| Vs. | : | ECF Case |
| | : | |
| SCHOEMAN UPDIKE KAUFMAN STERN & | : | |
| ARCHER LLP, MINDY H. STERN, BETH L. | : | |
| KAUFMAN, CHARLES B. UPDIKE, ANDREA | : | |
| D. ASCHER, SUSAN S. CASERO, CINDY | : | |
| NYGAARD, VERONICA LA, LAURIE | : | |
| ZELIGSON, THE ZELIGSON FIRM, PAUL E. | : | |
| BREEM, REED SMITH LLP, MADISON 96 | : | |
| ASSOCIATES, LLC, STUART J. BOESKY, | : | |
| JAMISON WEINER, FRENCH PARTNERS, | : | |
| LLC, THE FEIL ORGANIZATION, INC. | : | |
| JEFFREY MANAGEMENT CORP., JEFFREY | : | |
| FEIL, JOHN FRANCISO BORRELLI | : | |
| ARCHITECT, P.C., JOHN FRANCIS | : | |
| BORRELLI, INTERIOR CONSTRUCTION | : | |
| CORP., JOSEPH BRUZZESE, CREATIVE | : | |
| ENVIRONMENT SOLUTIONS, H&B | : | |
| CONSTRUCTION SERVICES, INC., M&B | : | |
| CONSTRUCTION, and M&B | : | |
| CONSTRUCTION SERVICES, | : | |
| | : | |
| **Defendant,** | : | |

## ANSWER

**EPSTEIN GIALLEONARDO HARMS & McDONALD**
**Attorneys for Defendant**
**H & B CONSTRUCTION SERVICES, INC.**
1 Whitehall Street, 13th floor
New York, New York 10004
(212) 248-9100