USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 0 3 2014

PROSKAUER ROSE LLP
Bettina B. Plevan
Gregory J. Couillou
Eleven Times Square
New York, NY 10036-8299
(212) 969-3065
bplevan@proskauer.com
gcouillou@proskauer.com
*Attorney for Defendants*
*Schoeman Updike Kaufman Stern & Ascher LLP,*
*Mindy H. Stern, Beth L. Kaufman, Charles B.*
*Updike, Andrea D. Ascher, Susan S. Casero,*
*Cindy Nygaard, and Veronica Law*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RONIT D. APPEL,

               Plaintiff,

   -against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON,
THE ZELIGSON FIRM, PAUL E. BREENE,
REED SMITH LLP, MADISON 96 ASSOCIATES, LLC.,
STUART J. BOESKY, JAMISON WEINER,
FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, JOHN
FRANCIS BORRELLI ARCHITECT, P.C., JOHN
FRANCIS BORRELLI, INTERIOR CONSTRUCTION
CORP., JOSEPH BRUZZESE,
CREATIVE ENVIRONMENT SOLUTIONS CORP.,
H & B CONSTRUCTION SERVICES, INC., M & B
CONSTRUCTION, and M & B CONSTRUCTION
SERVICES,

               Defendants.
------------------------------------------------------------------X

Civil Case No. 14 CV 2065 (AJN)

ECF Case

**STIPULATION OF DISMISSAL OF CROSSCLAIMS WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for defendant H & B Construction Services Inc. and defendants Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law (the "Schoeman Defendants"), that the cross-claims brought by H & B Construction Services Inc. (Dkt. #69) against the Schoeman Defendants (hereafter the "Crossclaims") be voluntarily dismissed, without prejudice.

IT IS FURTHER STIPULATED AND AGREED that H & B Construction Services Inc. preserves all rights to bring its Crossclaims within 30 days following the Court's ruling on the Schoeman Defendants' motion to dismiss Plaintiff's claims.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and that faxed or electronic signatures to this Stipulation shall be deemed original.

Dated: New York, New York
June ___, 2014

EPSTEIN GIALLEONARDO HARMS & MCDONALD

By: /s/ Michael P. Beckley
Michael P. Beckley
1 Whitehall Street
New York, NY 10004
(212) 248-9100
becklem1@nationwide.com
*Attorneys for Defendant H & B Construction Services, Inc.*

Dated: New York, New York
June ___, 2014

PROSKAUER ROSE LLP

By: /s/ Bettina B. Plevan
Bettina B. Plevan
Gregory J. Couillou
Eleven Times Square
New York, NY 10036-8299
(212) 969-3065
bplevan@proskauer.com
gcouillou@proskauer.com
*Attorney for Defendants Schoeman Updike Kaufman Stern & Ascher LLP, Mindy H. Stern, Beth L. Kaufman, Charles B. Updike, Andrea D. Ascher, Susan S. Casero, Cindy Nygaard, and Veronica Law*

SO ORDERED: 6/3/14

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE