USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2014

BRESSLER, AMERY & ROSS, P.C.
Nikolas S. Komyati
Benjamin S. Weisfelner
17 State Street, 34th Floor
New York, New York 10004
(212) 425-9300
nkomyati@bressler.com
bweisfelner@bressler.com
*Attorneys for Defendant*
*Creative Environment Solutions Corp.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONIT D. APPEL,<br><br>                Plaintiff,<br><br>v.<br><br>SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER LLP, MINDY H. STERN, BETH L. KAUFMAN, CHARLES B. UPDIKE, ANDREA D. ASCHER, SUSAN S. CASERO, CINDY NYGAARD, VERONICA LAW, LAURIE ZELIGSON, THE ZELIGSON FIRM, PAUL E. BREENE, REED SMITH LLP, MADISON 96 ASSOCIATES, LLC, STUART J. BOESKY, JAMISON WEINER, FRENCH PARTNERS, LLC, THE FEIL ORGANIZATION, INC., JEFFREY MANAGEMENT CORP., JEFFREY FEIL, JOHN FRANCIS BORRELLI ARCHITECT, P.C., JOHN FRANCIS BORELLI, INTERIOR CONSTRUCTION CORP., JOSEPH BRUZZESE, CREATIVE ENVIRONMENT SOLUTIONS CORP., H & B CONSTRUCTION SERVICES, INC., M & B CONSTRUCTION, and M & B CONSTRUCTION SERVICES,<br><br>                Defendants. | Case No.: 14-cv-2065 (AJN/DF)<br><br>ECF Case<br><br>STIPULATION OF DISMISSAL OF CROSSCLAIMS WITHOUT PREJUDICE |

2196738_1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for defendant H & B Construction Services, Inc. ("H & B Construction") and defendant Creative Environment Solutions Corp. ("Creative"), that the cross-claims brought by H & B Construction (Dkt. #69) against Creative (hereafter "Crossclaims") be voluntarily dismissed, without prejudice.

IT IS FURTHER STIPULATED AND AGREED that H & B Construction preserves all rights to bring its Crossclaims within 30 days following the Court's ruling on Creative's motion to dismiss Plaintiff's claims.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and that faxed or electronic signatures to this Stipulation shall be deemed original.

Dated: New York, New York
June 5, 2014

EPSTEIN GIALLEONARDO HARMS & MCDONALD

By: *Michael P. Beckley*
Michael P. Beckley
1 Whitehall Street, 13th Floor
New York, New York 10004
(212)248-9100
becklem1@nationwide.com
*Attorneys for Defendant H & B Construction Services, Inc.*

Dated: New York, New York
June 5, 2014

BRESSLER, AMERY & ROSS, P.C.

By: _____
Nikolas S. Komyati
Benjamin S. Weisfelner
17 State Street, 34th Floor
New York, New York 10004
(212) 425-9300
nkomyati@bressler.com
bweisfelner@bressler.com
*Attorneys for Defendant Creative Environment Solutions Corp.*

SO ORDERED: 6/5/14

_____
JUDGE