AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Ronit D. Appel | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 14-civ-2065 (AJN)(DF) |
| Schoeman Updike Kaufman Stern & Ascher LLP et al. (see attached rider for full caption) | ) ) ) | |
| *Defendant* | ) | |

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronit D. Appel, Esq.
322 West 78th Street
New York, New York 10024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___06/06/2014___   _____
*Signature of Clerk or Deputy Clerk*

## Rider to Amended Summons

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RONIT D. APPEL,

                Plaintiff,

        -against-                         14-Civ-2065 (AJN)(DF)

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, NANCY J. MERTZEL, SUSAN S. CASERO,
CINDY NYGAARD, VERONICA LAW, LAURIE
ZELIGSON, THE ZELIGSON FIRM, PAUL E.
BREENE, REED SMITH LLP, MADISON 96
ASSOCIATES, LLC, STUART J. BOESKY, JAMISON
WEINER, FRENCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP., JEFFREY FEIL, AVANT-GARDE GROUP, INC.,
SERGEI GOLOUBENKO, JOHN FRANCIS
BORRELLI ARCHITECT, P.C., JOHN FRANCIS
BORRELLI, INTERIOR CONSTRUCTION CORP.,
JOSEPH BRUZZESE, CREATIVE ENVIRONMENT
SOLUTIONS CORP., IVANE CHIKHLADZE,
MICHAEL J. RATTACASA, and H & B
CONSTRUCTION SERVICES, INC.,

                Defendants.

------------------------------------------------------------------x

## Names and Addresses of New Defendants:

1.     Nancy J. Mertzel
       Schoeman Updike Kaufman Stern & Ascher LLP
       551 Fifth Avenue
       New York, NY 10176

2. Avant-Garde Group, Inc.
   140 Gibson Avenue
   Staten Island, NY 10308

3. Sergei Goloubenko
   140 Gibson Avenue
   Staten Island, NY 10308

4. Ivane Chikhladze
   Creative Environment Solutions Corp.
   39 West 37th Street, 14th Floor
   New York, NY 10018

5. Michael J. Rattacasa
   Creative Environment Solutions Corp.
   39 West 37th Street, 14th Floor
   New York, NY 10018