```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 2 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONIT D. APPEL,

                Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN & ASCHER L.L.P.; MINDY H. STERN; BETH L. KAUFMAN; CHARLES B. UPDIKE; ANDREA D. ASCHER; SUSAN S. CASERO; CINDY NYGAARD; VERONICA LAW; LAURI ZELIGSON; THE ZELIGSON FIRM; PAUL E. BREENE; REED SMITH L.L.P.; MADISON 96 ASSOCIATES L.L.P.; STUART J. BOESKY; JAMISON WEINER; FRENCH PARTNERS L.L.P.; THE FEIL ORGANIZATION, INC.; JEFFREY MANAGEMENT CORP.; JEFFREY FEIL; JOHN FRANCIS BORRELLI ARCHITECT, P.C.; JOHN FRANCIS BORRELLI; INTERIOR CONSTRUCTION CORP.; JOSEPH BRUZZESE; CREATIVE ENVIRONMENT SOLUTIONS CORP.; H & B CONSTRUCTION SERVICES, INC.; AVANT-GARDE GROUP, INC.; SERGEI GOLOUBENKO; IVANE CHIKHLADZE; MICHAEL J. RATTACASA; NANCY J. MERTZEL,

                Defendants.

14-CV-2065 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, UNITED STATES DISTRICT JUDGE:

      Plaintiff filed an amended complaint on June 8, 2014, naming five new defendants: Avant-Garde Group, Inc., Sergei Goloubenko, Ivane Chikhladze, Michael J. Rattacasa, and Nancy J. Mertzel. The Court directs the Clerk of Court to issue a new summons in this action, and Plaintiff is directed to serve the summons and amended complaint on the new defendants within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not

either served the new defendants or requested an extension of time to do so, the Court may dismiss the claims against those defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: June 12, 2014
       New York, New York

_____
ALISON J. NATHAN
United States District Judge