

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronit D. Appel,

           Plaintiff,

–v–

Schoeman Updike Kaufman Stern & Ascher L.L.P. et al.,

           Defendants.

14-cv-2065

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received a letter from all moving defendants dated June 11, 2014 requesting clarification of this Court's May 14, 2014 Order and this Court's Individual Practices and Rules in Civil Cases.

    Plaintiff filed her Amended Complaint on June 8, 2014 (Dkt. No. 106). The moving Defendants will have until June 30, 2014 to (a) file an answer, (b) file a new motion to dismiss, or (c) file a letter indicating their intent to rely on their presently filed motions. If a Defendant intends to rely on a presently filed motion, in addition to filing a letter indicating this intent, they shall also re-file by June 30, 2014 the motion and associate it on ECF with Plaintiff's Amended Complaint (Dkt. No. 106).[1] Because the Court had originally granted Plaintiff three months to file an opposition to the motions to dismiss and for summary judgment, Plaintiff will have until September 30, 2014 to respond to the motions to dismiss and motions for summary judgment. Defendants will then have until October 30, 2014 to file any reply.

---

[1] Defendants John Francis Borrelli Architect, P.C. and John Francis Borrelli have already submitted a letter to this Court stating that they will rely on their presently filed motion for summary judgment. These Defendants are asked to re-file their motion for summary judgment on or before June 30, 2014 in order to associate it on ECF with Plaintiff's Amended Complaint.

This scheduling order does not apply to the Defendants that Plaintiff added in her Amended Complaint: Avant-Garde Group, Inc.; Sergei Goloubenko; Ivane Chikladze; Michael J. Rattacasa; and Nancy J. Mertzel. Until further notice of the Court, the standard rules of the Federal Rules of Civil Procedure, Southern District of New York Local Rules, and this Court's Individual Rules shall apply.

SO ORDERED.

Dated: June 17, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge