UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RONIT D. APPEL,

                         Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, MINDY H. STERN, BETH L.
KAUFMAN, CHARLES B. UPDIKE, ANDREA D.
ASCHER, SUSAN S. CASERO, CINDY NYGAARD,
VERONICA LAW, LAURIE ZELIGSON, THE
ZELIGSON FIRM, PAUL E. BREENE, REED SMITH
LLP, MADISON 96 ASSOCIATES, LLC, STUART J.
BOESKY, JAMISON
WEINER, FRANCH PARTNERS, LLC, THE FEIL
ORGANIZATION, INC., JEFFREY MANAGEMENT
CORP. JEFFREY FEIL, JOHN FRANCIS BORRELLI
ARCHITECT, P.C., JOHN FRANCIS BORRELLI,
INTERIOR CONSTRUCTION CORP., JOSEPH
BRUZZESE, CREATIVE ENVIRONMENT
SOLUTIONS CORP., H & B CONSTRUCTION
SERVICES, INC., M & B CONSTRUCTION and
M & B CONSTRUCTION SERVICES,

                         Defendants.
-------------------------------------------------------X

Civil Case No.:
14-cv-02065 (AJN) (DF)

**STIPULATION OF DISMISSAL
OF CROSS CLAIMS WITHOUT
PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for defendants, H & B Construction Services, Inc., defendants, LAURIE ZELIGSON and THE ZELIGSON FIRM (the "Zeligson Defendants") and defendants, JOHN FRANCIS BORRELLI ARCHITECT, P.C. and JOHN FRANCIS BORRELLI (the "Borrelli Defendants"), that the Crossclaims brought by H & B Construction Services, Inc. (Dkt. #69) against the Zeligson Defendants and the Borrelli Defendants be voluntarily dismissed, without prejudice; and it is further,

STIPULATED AND AGREED, that H & B Construction Services, Inc. preserves all rights to bring its Crossclaims within 30 days following the Court's ruling on the motions filed by the Zeligson Defendants the Borrelli Defendants; and it is further,

STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and that faxed or electronic signatures to this Stipulation shall be deemed original.

Dated: New York, New York
      June    , 2014

EPSTEIN GIALLEONARDO HARMS
& MCDONALD

_/s/ Michael P. Beckley_

MICHAEL P. BECKLEY
Attorneys for Defendant
H&B CONSTRUCTION SERVICES, INC.
1 Whitehall Street
New York, NY 10004
(212) 248-9100

Dated: Jericho, New York
June 9, 2014

CATALANO GALLARDO &
      PETROPOULOS, LLP

_/s/ Mili Makhijani_

MILI MAKHIJANI (MM4753)
Attorneys for Defendants
LAURIE ZELIGSON and
THE ZELIGSON FIRM
100 Jericho Quadrangle, Suite 326
Jericho, New York 11753
(516) 931-1800
Our File No.: 60-1532

Dated: White Plains, New York
      June    , 2014

_/s/ James F. O'Brien_

JAMES F. O'BRIEN
Attorneys for Defendants
JOHN FRANCIS BORRELLI
ARCHITECT, P.C. and JOHN FRANCIS
BORRELLI
1133 Westchester Avenue
White Plains, New York 10604
(914) 872-7233
File No.: 07965.00282

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK