USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 6 2014

Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RONIT D. APPEL,

        Plaintiff,

-against-

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, et al.,

        Defendants.

-------------------------------------------------------------x

Case No.: 14 Civ. 2065 (AJN) (DF)

STIPULATION OF DISMISSAL
OF CROSSCLAIMS WITHOUT
PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for defendant H & B Construction Services, Inc., and defendants Reed Smith LLP and Paul E. Breene (the "Reed Smith Defendants"), that the Crossclaims brought by H & B Construction Services, Inc. (Dkt. #69) against the Reed Smith Defendants be voluntarily dismissed, without prejudice; and it is further,

        STIPULATED AND AGREED, that H & B Construction Services, Inc. preserves all rights to bring its Crossclaims within 30 days following the Court's ruling on the motion filed by the Reed Smith Defendants; and it is further,

STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and that faxed or electronic signatures to this Stipulation shall be deemed original.

Dated: New York, New York
     September __, 2014

EPSTEIN GIALLEONARDO HARMS & MCDONALD

*Michael P. Beckley*
MICHAEL P. BECKLEY
Attorneys for Defendant
H & B CONSTRUCTION SERVICES, INC.
1 Whitehall Street
New York. NY 10004
(212) 248-9100

Dated: New York, New York
     September 1_, 2014

SCHULTE, ROTH & ZABEL LLP

ROBERT M. ABRAHAMS
Attorneys for Defendants
REED SMITH LLP and
PAUL E. BREENE
919 Third Avenue
New York, NY 10022
(212) 756-2000

9/14/14

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK