UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONIT D. APPEL,

                Plaintiff,

v.

SCHOEMAN UPDIKE KAUFMAN STERN &
ASCHER LLP, *et al.*

                Defendants.

Case No. 1:14-cv-02065-AJN

**SATISFACTION OF JUDGMENT**

---

WHEREAS, a judgment was entered in the above action on the 31st day of March, 2015, in favor of Defendants AVANT-GARDE GROUP, INC. and SERGEI GOLOUBENKO, and against Plaintiff RONIT D. APPEL in the amount of $5,000.00 plus interest from the 31st day of March, 2015, with costs to be taxed, and costs in the amount of $0.00 having been taxed, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: May 8, 2015
      New York, New York

KAUFMAN DOLOWICH & VOLUCK, LLP

By:   Patrick M. Kennell
      Email: pkennell@kdvlaw.com
      60 Broad Street – 36th Floor
      New York, New York 10038
      Phone: (212) 458-9600
      Facsimile: (212) 458-9700

*Attorneys for Defendants*
AVANT-GARDE GROUP, INC. and
SERGEI GOLOUBENKO

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NEW YORK  )

On the 8th day of May, 2015 before me personally came PATRICK M. KENNELL to me known and known to be a member of the firm of KAUFMAN DOLOWICH & VOLUCK, LLP, attorneys for Defendants AVANT-GARDE GROUP, INC. and SERGEI GOLOUBENKO in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

KENDRA TORRES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TO6135888
Qualified in Bronx County
My Commission Expires March 24, 2018

2